MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually,<br><br>            Plaintiff,<br>vs.<br><br>SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally,<br><br>            Defendants. | No. 3:16-cv-00252-LB<br><br>Hon. Laurel Beeler<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 23, 2017<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor |

No. 3:16-cv-00252-LB: (PROPOSED) ORDER GRANTING PLF.'S MOT. FOR PARTIAL S.J.

THIS COURT, having considered Plaintiff's motion for partial summary judgment, having read the parties' briefs and documents filed in connection therewith, being familiar with the court record in this case, and having heard oral argument on this matter,

IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT IS GRANTED.  This court hereby enters partial summary judgment pursuant to Federal Rule of Civil Procedure 56 in favor of Plaintiff Richard Earl May, Jr. and against Defendant Chris Laughlin and Defendant San Mateo County as follows:

1. Defendant Laughlin violated, as a matter of law, Plaintiff May's Fourth Amendment rights by effecting his warrantless arrest without probable cause, because Defendant Laughlin did not have probable cause to believe that Mr. May had committed or was committing any crime, including but not limited to any violation of California Penal Code §§ 459, 460, 602(m), or 148(a).

2. Defendant Laughlin is not entitled to qualified immunity for violating Plaintiff May's clearly established right, under the Fourth Amendment, to be free from a warrantless arrest without probable cause.

3. Defendant Laughlin violated Plaintiff May's right under California common law to be free from a false arrest.

4. Defendant San Mateo County is vicariously liable, Cal. Gov't Code § 815.2, for Defendant Laughlin's false arrest of Plaintiff May in violation of California common law.

5. Defendant Laughlin violated Plaintiff May's rights under the Bane Act, Cal. Civil Code § 52.1 *et seq.*, by arresting Plaintiff May without probable cause (federal claim and/or state claim) accompanied by threats, intimidation, and coercion, in the deployment of *Riggs* to bite and hold him.

6. Defendant San Mateo County is vicariously liable, Cal. Gov't Code § 815.2, for Defendant Laughlin's violation of Plaintiff May's rights under the Bane Act, Cal. Civil Code § 52.1 *et seq.*

_____  
DATED

_____  
LAUREL BEELER  
UNITED STATES MAGISTRATE JUDGE