MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally,<br><br>　　　　　　Defendants. | No. 3:16-cv-00252-LB<br><br>Hon. Laurel Beeler<br><br>**DECLARATION OF T. KENNEDY HELM IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 23, 2017<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor |

No. 3:16-cv-00252-LB: DECL. T.K. HELM IN SUPP. PLF.'S MOT. PARTIAL S.J.

STATE OF CALIFORNIA   )
                     )
COUNTY OF ALAMEDA    )

T. KENNEDY HELM attests and declares as follows:

1. I am an attorney licensed to practice before all the courts of the State of California, and I am admitted to practice before this Court.

2. I am one of the attorneys for Plaintiff Richard Earl May, Jr. in this matter.

3. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of San Mateo County Sheriff's (SMCS) Deputy John E. Sanchez, whose deposition in this matter was taken on September 21, 2016.

5. Attached hereto as **Exhibit B** is a true and correct copy of the deposition transcript of Defendant SMCS Deputy Chris Laughlin, whose deposition in this matter was taken on September 22, 2016.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Computer Aided Dispatch (CAD), also known as the Incident History, for the incident giving rise to this action.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of SMCS Deputy John DeMartini, whose deposition in this matter was taken on January 10, 2017.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of SMCS Deputy Scott King, whose deposition in this matter was taken on January 10, 2017.

9. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the deposition transcript of Defendant SMCS Deputy Eric Michel, whose deposition in this matter was taken on September 21, 2016.

10. Attached hereto as **Exhibit G** is a true and correct copy of Defendant San Mateo County Sheriff's Office Canine Services Unit Manual, § 5-01, Chapter 5, Conditions of Deployment, Subject: Operational Guidelines.

11. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the California Commission on Peace Officer Standards and Training's Basic Course Workbook Series Learning Domain 15, *Laws of Arrest*, Version Three, published 1998, revised in 2006.

12. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the California Commission on Peace Officer Standards and Training's Basic Course Workbook Series Learning Domain 6, *Property Crimes*, Version Five, published 1998, revised in 2008.

13. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the deposition transcript of Lieutenant Mark Duri, whose deposition in this matter was taken on December 13, 2016.

14. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the deposition of Sergeant Gary Ramos, whose deposition in this matter was taken on December 13, 2016.

15. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the deposition of Plaintiff Richard Earl May, Jr., whose deposition in this matter was taken on August 30, 2016.

16. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the deposition of Sharon Coster, whose deposition in this matter was taken on November 14, 2016.

17. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the deposition of Sergeant Dennis Loubal, whose deposition in this matter was taken on January 10, 2017.

18. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the deposition of Deputy Kurt Zeugin, whose deposition in this matter was taken on January 18, 2017.

19. Attached hereto as **Exhibit P** are true and correct copies of photos of the Mr. May's bite wounds.

20. Attached hereto as **Exhibit Q** is a true and correct copy of a memorandum from San Mateo County Deputy District Attorney Jacquelyn Gauthier to Defendant Laughlin, dated January 22, 2015, explaining that the District Attorney declined to file any charges against Plaintiff May.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.  Signed this 16th day of February, 2017.

>      /s/ *T. Kennedy Helm*
>      T. KENNEDY HELM
>      Attorneys for Plaintiff