MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, | No. 3:16-cv-00252-LB |
| Plaintiff, | Hon. Laurel Beeler |
| vs. | **DECLARATION OF ERNEST BURWELL IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally, | |
| Defendants. | Date: March 23, 2017<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor |

| | |
|---|---|
| STATE OF MONTANA | ) |
| | ) |
| SANDERS COUNTY | ) |

ERNEST BURWELL attests and declares as follows:

1. I am Plaintiff's Federal Rule of Civil Procedure 26 Expert in Police Practices.

2. **Exhibit BB**, attached to the Supplemental Declaration of T. Kennedy Helm in Support of Plaintiff's Response in Opposition to Defendants' Motion for Partial Summary Judgment, is a true and correct copy of the Rule 26 Report that I prepared in this matter, containing my opinions in this matter.

3. I have personal knowledge of the facts and opinions stated in my report. If called upon to testify to same, I am competent to do so, and I would testify consistently with my report.

4. I declare under penalty of perjury pursuant to the laws of the United States and the State of Montana that the foregoing information is true and correct. Signed this 2nd day of March, 2017.

/s/ *Ernest Burwell*
ERNEST BURWELL