1  JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
   By: Justin W. Mates, Deputy (SBN 261830)
2  By: Brian E. Kulich, Deputy (SBN 233296)
   By: Margaret V. Tides, Deputy (SBN 311177)
3  Hall of Justice and Records
   400 County Center, 6th Floor
4  Redwood City, CA  94063
   Telephone: (650) 363-4760
5  Facsimile:  (650) 363-4034
   E-mail:  jmates@smcgov.org
6  E-mail: bkulich@smcgov.org
   E-mail: mtides@smcgov.org
7

8  Attorneys for Defendants
   SAN MATEO COUNTY, DEPUTY CHRIS LAUGHLIN,
9  and DEPUTY ERIC MICHEL

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13

| RICHARD EARL MAY, | Case No. 3:16-cv-00252 LB |
|---|---|
| Plaintiffs, | **MISCELLANEOUS ADMINISTRATIVE REQUEST BY DEFENDANTS COUNTY OF SAN MATEO, DEPUTY CHRIS LAUGHLIN, AND DEPUTY ERIC MICHEL FOR AN ORDER EXTENDING TIME TO FILE PRETRIAL FILINGS** |
| vs. | |
| SAN MATEO COUNTY, a public entity, DEPUTY CHRIS LAUGHLIN, DEPUTY ERIC MICHEL, and DOES 1 through 10, individually, Jointly and Severally, | |
| Defendants. | |

## INTRODUCTION

Defendants COUNTY OF SAN MATEO, CHRIS LAUGHLIN and ERIC MICHEL (collectively, "County Defendants") respectfully request an order extending the time to file County Defendants' pretrial filings to April 28, 2017. As set forth below, good cause exists to grant the requested order.

## SUPPORTING FACTS

In its Case-Management and Pretrial Order ("Pretrial Order") issue last year, the Court listed in Section II the due date for pretrial filings as April 28, 2017. (*See* Dkt. No. 24 at p. 2.) As Plaintiff's counsel pointed out by email to the Court's chambers on April 21, 2017 (just one week before that due date), Section VI of the Pretrial Order states that pretrial filings are due 21 days before the Final Pretrial Conference. (*Id.* at p. 3.) Section VI of the Pretrial Order thus provides for a *different* filing date for pretrial filings, as the 21-day calculation establishes April 27, *not April 28*, as the required filing date.

By email on April 24, 2017, the Court's Courtroom Deputy notified the parties that the Pretrial Order listed the April 28, 2017 deadline *in error* and that the April 27, 2017 deadline (just three days later) is in fact the due date of the parties' pretrial filings.

## REQUEST

County Defendants hereby request that the Court extend the filing deadline for pretrial filings to April 28, 2017, as listed on page 2 of the Court's Pretrial Order. Plaintiff did not discuss the issue of the pretrial filings deadline with Defendants before sending his request to the Court's chambers, and County Defendants had interpreted the Pretrial Order to establish the specific filing deadline listed in Section II despite the more general language of Section VI. Defendants had accordingly already scheduled the week based on the expected April 28, 2017 deadline before receiving the Court's Courtroom Deputy's email of April 24, 2017. For example, the parties already agreed to continue their meet and confer regarding motions in limine to April 25 based in part on the expectation that pretrial filings (including oppositions to motions in limine) would not be due until April 28.

In addition, the Court recently set an expedited briefing schedule on Plaintiff's motion for reconsideration, ordering that Defendants file an opposition brief by April 28 instead of May 1. (*See* Dkt. No. 81.) While Defendants do not object to this expedited briefing schedule, it serves as additional context for the existing constraints on the parties for the remainder of this week.

## **CONCLUSION**

Based on the foregoing, County Defendants and their counsel respectfully request that the current deadline for pretrial filings be extended one day to April 28, 2017, as listed in Section II of the Court's Pretrial Order.

Dated: April 24, 2017                                        JOHN C. BEIERS, COUNTY COUNSEL


By: _____/s/_____
      Justin W. Mates, Deputy
      Brian E. Kulich, Deputy
      Margaret V. Tides, Deputy

Attorneys for Defendants
SAN MATEO COUNTY, DEPUTY CHRIS LAUGHLIN, and DEPUTY ERIC MICHEL