JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Justin W. Mates, Deputy (SBN 261830)
By: Brian E. Kulich, Deputy (SBN 233296)
By: Margaret V. Tides, Deputy (SBN 311177)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4760
Facsimile:  (650) 363-4034
E-mail:  jmates@smcgov.org
E-mail: bkulich@smcgov.org
E-mail: mtides@smcgov.org

Attorneys for Defendants
SAN MATEO COUNTY, DEPUTY CHRIS LAUGHLIN,
and DEPUTY ERIC MICHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY,<br><br>             Plaintiffs,<br><br>       vs.<br><br>SAN MATEO COUNTY, a public entity, DEPUTY CHRIS LAUGHLIN, DEPUTY ERIC MICHEL, and DOES 1 through 10, individually, Jointly and Severally,<br><br>             Defendants. | Case No. 3:16-cv-00252 LB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR AN ORDER EXTENDING TIME TO FILE PRETRIAL FILINGS** |

Having reviewed Defendants COUNTY OF SAN MATEO, CHRIS LAUGHLIN and ERIC MICHEL's (collectively, "County Defendants") request to extend time to file the pretrial filings described in the Court's Case-Management and Pretrial Order (Dkt. No. 24) ("Pretrial Order"), the Court decides as follows:

**IT IS HEREBY ORDERED** that the deadline to file the parties' pretrial filings described in the Court's Pretrial Order is extended from April 27, 2017 to April 28, 2017.

Dated: _____

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE