JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Justin W. Mates, Deputy (SBN 261830)
By: Brian E. Kulich, Deputy (SBN 233296)
By: Margaret V. Tides, Deputy (SBN 311177)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4250
Facsimile: (650) 363-4034
E-mail: jmates@smcgov.org
E-mail: bkulich@smcgov.org
E-mail: mtides@smcgov.org

Attorneys for Defendants
SAN MATEO COUNTY, DEPUTY CHRIS LAUGHLIN,
and DEPUTY ERIC MICHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY,<br><br>         Plaintiff,<br><br>    vs.<br><br>SAN MATEO COUNTY, DEPUTY CHRIS LAUGHLIN, ERIC MICHEL, and DOES 1 through 10, individually, Jointly and Severally,<br><br>         Defendants. | Case No. 3:16-cv-00252 LB<br><br>**DEFENDANTS' MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE THAT THE COUNTY OF SAN MATEO IS PROVIDING FOR THE DEFENSE OF AND POSSIBILITY INDEMNIFYING DEPUTIES LAUGHLIN AND MICHEL**<br><br>**<u>Hearing</u>**<br><br>Date:   May 18, 2017<br>Time:   1:00 p.m.<br>Dept:   C, 15th Floor<br><br>**THE HONORABLE LAUREL BEELER**<br><br>**TRIAL DATE:** June 5, 2017 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE on May 18, 2017, at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Laurel Beeler, in Courtroom C of the above-captioned court, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, CA, Defendants San Mateo County ("County"), Sheriff's Deputy Chris Laughlin, and Sheriff's Deputy Eric Michel (collectively, "Defendants") will and hereby do move the court for an order prohibiting Plaintiff from presenting certain evidence at trial, in particular:

*Evidence or argument concerning the fact that the County of San Mateo is paying for the defense of Deputy Laughlin and Deputy Michel and potentially indemnifying them against any liability.*

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and any other matters which the Court in its discretion may allow.

## MOTION

Defendants move to exclude any evidence or argument concerning the fact that the County of San Mateo is paying for the defense of Deputy Laughlin and Deputy Michel and potentially indemnifying them against any liability. Such evidence is inadmissible under Federal Rule of Evidence 403. It has no probative value and would unfairly prejudice Defendants, as the jury might be more inclined to find liability if they knew that an entity with "deep pockets" had agreed to pay any damage award entered against Deputy Laughlin and/or Deputy Michel. *See e.g. Larez v. Holcomb*, 16 F.3d 1513, 1518-1519 (9th Cir. 1994).

Dated: April 20, 2017

Respectfully submitted,

JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/_____
    Justin W. Mates, Deputy
    Brian E. Kulich, Deputy
    Maggie V. Tides, Deputy

Attorneys for Defendants
COUNTY OF SAN MATEO, DEPUTY CHRIS LAUGHLIN and DEPUTY ERIC MICHEL