1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   MAYA SORENSEN (State Bar No. 250722)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California 94612
   Telephone: (510) 452-5500
5  Fax: (510) 452-5510

6
   Attorneys for Plaintiff
7  RICHARD EARL MAY, JR.

8
## UNITED STATES DISTRICT COURT
9
## NORTHERN DISTRICT OF CALIFORNIA
10

11  RICHARD EARL MAY, JR.,　　　　　　　　)
    Individually,　　　　　　　　　　　　　　　)　　No. 3:16-cv-00252-LB
12　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　　Hon. Laurel Beeler
13　　　　　　　Plaintiff,　　　　　　　　　　)
    vs.　　　　　　　　　　　　　　　　　　　)　　**PLAINTIFF'S RESPONSE TO**
14　　　　　　　　　　　　　　　　　　　　　　)　　**DEFENDANTS' MOTION IN LIMINE #7**
　　　　　　　　　　　　　　　　　　　　　　　)　　**TO EXCLUDE EVIDENCE THAT THE**
15  SAN MATEO COUNTY, a public entity;　　)　　**COUNTY OF SAN MATEO IS**
    SAN MATEO COUNTY SHERIFF'S　　　　　　)　　**PROVIDING FOR THE DEFENSE OF**
16  DEPUTY CHRIS LAUGHLIN; DEPUTY　　　　)　　**AND POSSIBILY INDEMNIFYING**
    ERIC MICHEL; and DOES 1 through 10,　)　　**DEFENDANT LAUGHLIN AGAINST**
17  individually, Jointly and Severally,　)　　**LIABLITY**
　　　　　　　　　　　　　　　　　　　　　　　)
18　　　　　　　Defendants.　　　　　　　　　)　　Trial Date: June 5, 2017
　　　　　　　　　　　　　　　　　　　　　　　)　　Time: 8:30 a.m.
19　　　　　　　　　　　　　　　　　　　　　　)　　Place: Courtroom C, 15th Floor
　　　　　　　　　　　　　　　　　　　　　　　)　　Final Pretrial Conference: May 18, 2017
20　　　　　　　　　　　　　　　　　　　　　　)　　1:00 p.m.
　　　　　　　　　　　　　　　　　　　　　　　)
21　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
22　　　　　　　　　　　　　　　　　　　　　　)

23

24

25

26

27

28

No. 3:16-cv-00252-LB: PLF.'S RSPNS. TO DEFS.' MIL #7 RE: INDEMNIFICATION

Plaintiff has no intention of introducing evidence or argument concerning Defendant San Mateo County's defense of Defendant Laughlin or indemnity of him. However, the County is still a Defendant in this case for all of Plaintiff's state law claims, and is vicariously liable under California law for Defendant Laughlin's misconduct. The jury will be instructed on which claims are against Defendant Laughlin individually, and which claims are against both Defendant Laughlin and Defendant San Mateo County.

Dated: April 27, 2017                                              HADDAD & SHERWIN LLP

*/s/ Maya Sorensen*

Maya Sorensen
Attorneys for Plaintiff