MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br> vs. <br><br> SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> **PLAINTIFFS' TRIAL WITNESS LIST** <br><br> Hon. Laurel Beeler <br><br> Pretrial Conference <br> Date: May 18, 2017 <br> Time: 2:00 p.m. <br> Place: Courtroom C, 15th Floor |

No. 3:16-cv-00252-LB: PLAINTIFF'S WITNESS LIST

Plaintiff, by and through his attorneys, HADDAD & SHERWIN LLP, submits the following trial witness list:

## PLAINTIFFS' TRIAL WITNESS LIST

| | NAME AND NATURE OF TESTIMONY | Plaintiff's Minimum Time Necessary (Hours) |
|---|---|---|
| 1. | **Plaintiff Richard May**—Personal background and history; incident; damages including course of medical treatment, physical and emotional injuries; redirect | 2.0 |
| 2. | **Sharon Coster**—Eye witness to incident; damages including, physical and emotional injuries; redirect | 1.0 |
| 3. | **Defendant Deputy Chris Laughlin**-- California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | 4.5 |
| 4. | **Deputy Eric Michel**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | 1.0 |
| 5. | **Deputy John Sanchez**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | 1.0 |
| 6. | **Deputy John Demartini**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | .4 |
| 7. | **Lt. Mark Duri**—San Mateo County's Rule 30(b)(6) Person Most Knowledgeable concerning the SMSO's training, policies, and procedures regarding canine deployments and canine uses of force. | 1.0 |
| 8. | **Deputy Scott King**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | .4 |
| 9. | **Sergeant Dennis Loubal**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | .6 |

| | | |
|---|---|---|
| 10. | **Sergeant Gary Ramos**—Person Most Knowledgeable; California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | 1.0 |
| 11. | **Deputy Kurt Zeugin**—California Commission on Peace Officer Standards and Training (POST) and San Mateo County Sheriff's Office training; knowledge of standards of care; involvement in incident(s), arrest of Plaintiff and force used on Plaintiff; reporting; impeachment; re-cross | .4 |
| 12. | **Daniel Edward Houseman, M.D.**—Plaintiff's emergency room physician; Plaintiff's medical treatment, prognosis, and recovery; medical and billing records; damages | .8 |
| 13. | **Josefina Enriquez, M.D.**—Plaintiff's family physician; Plaintiff's medical treatment, prognosis, and recovery; medical and billing records; damages | 1.0 |
| 14. | **Ernest Burwell**—Plaintiff's expert in Canine Law Enforcement Practices, Procedures & Administration; Retired Deputy Sheriff of the Los Angeles, CA, Sheriff's Department. | 2.2 |
| 15. | **Records Custodians**—To be called only if necessary to authenticate medical or other third-party records; Plaintiff anticipates that the parties will stipulate that the testimony of such records custodians is unnecessary. | .5 |
| 16. | **Robert Kuna—**damages including physical and emotional injuries; redirect. | .7 |
| 17. | **Bob Saunders—**damages including physical and emotional injuries; redirect | .4 |
| 18. | **Gilbert Kerwick—**damages including physical and emotional injuries; redirect | .4 |
| 19. | **Mike McDermott—**damages including physical and emotional injuries; redirect | .4 |
| | **TOTAL MINIMUM TIME FOR PLAINTIFF'S WITNESS EXAMS, NOT INCLUDING CROSS OF DEFENDANTS' WITNESSES:** | 19.7 |

Plaintiff reserves the right to call all witnesses listed by Defendants, and reserves the right to call witnesses in rebuttal.

Dated: April 28, 2017                           HADDAD & SHERWIN LLP


                                                /s/ *Maya Sorensen*_____
                                                MAYA SORENSEN
                                                Attorneys for Plaintiff