JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)
By: Justin W. Mates, Deputy (SBN 261830)
By: Brian E. Kulich, Deputy (SBN 233296)
By: Margaret V. Tides, Deputy (SBN 311177)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA  94063
Telephone: (650) 363-4760
Facsimile:  (650) 363-4034
E-mail:  jmates@smcgov.org
E-mail:  bkulich@smcgov.org
E-mail:  mtides@smcgov.org


Attorneys for Defendants
SAN MATEO COUNTY and DEPUTY CHRIS LAUGHLIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| RICHARD EARL MAY, | Case No. 3:16-cv-00252 LB |
|---|---|
| Plaintiff, | **DEFENDANTS' WITNESS LIST** |
| vs. | |
| SAN MATEO COUNTY, a public entity, DEPUTY CHRIS LAUGHLIN, DEPUTY ERIC MICHEL, and DOES 1 through 10, individually, Jointly and Severally, | DATE:   MAY 18, 2017<br>TIME:    1:00 P.M.<br>DEPT.:   C, 15TH FLOOR |
| Defendants. | **THE HONORABLE LAUREL BEELER**<br><br>**TRIAL DATE:  JUNE 5, 2017** |

| Witness | Description of Trial Testimony | Time Estimate of Direct | Time Estimate of Cross |
|---|---|---|---|
| Deputy Chris Laughlin | Deputy Laughlin will testify regarding his response to the reported commercial burglary at the construction site located at 1 Bloom Lane in Half Moon Bay, California (the "Site") on January 1, 2015, his arrest of plaintiff Richard Earl May ("Plaintiff"), and his post-arrest actions. | 3.5 Hours | |
| Deputy John Sanchez | Deputy Sanchez will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his observations of Deputy Laughlin and *Riggs*, his observations and actions during the arrest of Plaintiff, and his post-arrest actions. | 1.0 Hour | |
| Deputy Eric Michel | Deputy Michel will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his observations of Deputy Laughlin and *Riggs*, his observations and actions during the arrest of Plaintiff, and his post-arrest actions. | 2.0 Hours | |
| Deputy Scott King | Deputy King will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his observations of Deputy Laughlin and *Riggs*, his actions and observations during the attempt to establish a perimeter of the Site, and his investigation of the Site after the arrest of Plaintiff. | 1.0 Hour | |
| Sgt. Dennis Loubal | Sgt. Loubal will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his observations of Deputy Laughlin and *Riggs*, his actions and observations during the attempt to establish a perimeter of the Site, and resources available to San Mateo County Sheriff Deputies stationed on the San Mateo County Coast. | 1.0 Hour | |
| Sgt. Gary Ramos | Sgt. Ramos will testify regarding his investigation of K-9 apprehensions, including the apprehension of Plaintiff at the Site on January 1, 2015, and training of San Mateo County Sheriff's Office K-9 Deputies, including Deputy Laughlin. (<u>Note</u>: the full scope of this testimony may be affected by the parties' pending motions in limine.) | 2.0 Hours | |

| Witness | Description of Trial Testimony | Time Estimate of Direct | Time Estimate of Cross |
|---|---|---|---|
| Deputy Kurt Zeugin | Deputy Zeugin will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his observations of Deputy Laughlin and *Riggs*, and his actions and observations during the attempt to establish a perimeter of the Site. | 0.5 Hours | |
| Deputy John DeMartini | Deputy DeMartini will testify regarding his response to the reported commercial burglary at the Site on January 1, 2015, his actions and observations during the attempt to establish a perimeter of the Site, and his actions after the arrest of Plaintiff, including transportation of Ms. Coster and interaction with paramedics. | 0.5 Hours | |
| Brad Smith | Mr. Smith will provide expert testimony regarding whether the use and deployment of Deputy Laughlin's K-9 *Riggs* was reasonable, not excessive, and consistent with modern police practices and standards; (2) whether the San Mateo County Sheriff's Office policies and procedures regarding the use of K-9s complied with current law enforcement standards; and (3) whether Deputy Laughlin and *Riggs* were properly trained and supervised.  (Note:  the full scope of this testimony may be affected by the parties' pending motions in limine.) | 3.0 Hours | |
| David Redding | Mr. Redding will testify regarding the injuries Plaintiff sustained on January 1, 2015 and the treatment he received at the Site.  Defendants also intend to elicit expert opinion testimony from Mr. Redding regarding the presentation and severity of the injuries, course of treatment, and prognosis.  (Note:  the full scope of this testimony may be affected by the parties' pending motions in limine.) | 1.0 Hour | |

| Witness | Description of Trial Testimony | Time Estimate of Direct | Time Estimate of Cross |
|---|---|---|---|
| Daniel Houseman, M.D. | Dr. Houseman will testify regarding his treatment of Plaintiff at the San Mateo Medical Center on January 2, 2015 following the use of force incident on January 1, 2015 at the Site, and he will testify regarding the presentation of Plaintiff's injuries as observed during the January 2, 2015 visit and the treatment Plaintiff received.  Dr. Houseman will also opine that the timing of treatment of Plaintiff's injuries could have varied by a few hours without causing any substantive difference in Plaintiff's treatment or prognosis. | 0.5 Hours | |
| Josefina Enriquez, M.D. | Dr. Enriquez will testify regarding Plaintiff's injuries and the outpatient treatment he received.  Defendants will also elicit expert opinion testimony from Dr. Enriquez regarding the presentation and severity of the injuries, course of treatment, prognosis, and recovery. | 0.5 Hours | |
| Authorized Representative of the San Mateo County Sheriff's Office | The authorized representative of the San Mateo County Sheriff's Office will testify regarding Sheriff's Office policies, including the use of force policy, review of force policy, and K-9 policy.  (Note:  the full scope of this testimony may be affected by the parties' pending motions in limine.) | 1.0 Hour | |
| Custodian of Records/PMK for San Mateo County Dispatch | The Dispatch Custodian/PMK will testify regarding Computer Assisted Dispatch (CAD) and audio reports conveyed to San Mateo County Sheriff Deputies, including those conveyed to Deputies regarding the reported commercial burglary at the Site on January 1, 2015. | 0.5 Hours | |
| Custodian of Records/PMK for Jatagan Security Inc. | The Jatagan Custodian/PMK will testify regarding the alarm system in place at the Site on January 1, 2015 and lay a foundation regarding Jatagan records. | 0.5 Hours | |
| Custodian of Records for American Medical Response (AMR) | The AMR Custodian will lay a foundation for the records regarding treatment of Plaintiff at the Site on January 1, 2015. | 0.5 Hours | |
| Any appropriate impeachment or rebuttal witnesses authorized by the FRE. | | TBD | |

Dated: April 28, 2017

Respectfully submitted,

JOHN C. BEIERS, COUNTY COUNSEL

By: _____/s/_____
        Justin W. Mates, Deputy
        Brian E. Kulich, Deputy
        Margaret V. Tides, Deputy
Attorneys for Defendants
SAN MATEO COUNTY and DEPUTY CHRIS LAUGHLIN