MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br> vs. <br><br> SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> **PLAINTIFF'S PROPOSED COURT VOIR DIRE** <br><br> **Trial Date: June 5, 2017** <br> **Time: 8:30 a.m.** <br> **Courtroom: C, 15th Floor** <br> **Honorable Laurel Beeler** |

**Background**

Do you know Richard Earl May, the Plaintiff in this case?

Do you know San Mateo County Deputies Chris Laughlin, Eric Michel, John Sanchez, John, Demartini, Mark Duri, Scott King, Dennis Loubal, Gary Ramos, or Kurt Zeugin?

Do you know any other current or former employee of the San Mateo County Sheriff's Office?

Do you know any current or former employee, legislature member, attorney or agent for San Mateo County?

Do you know any of the further witnesses in this case [read further witnesses]?

Have you or anyone close to you ever worked for San Mateo County, the public entity Defendant in this case? If so, who, when, where, and in what capacity?

Do you know the Plaintiff's lawyers, Michael Haddad, Julia Sherwin, Kennedy Helm or Maya Sorensen?

Do you know the Defendants' lawyers, Justin Mates, Brian Kulich, or Maggie Tides?

Do you know anyone who works or has worked for the San Mateo County Counsel's Office?

Do you know anyone on this jury panel?

Do you have any knowledge about the parties, lawyers, or case that might influence you in deciding the case?

For each member of the venire, please state the following:

    Name
    Occupation
    City and County of residence
    If not currently working, date last worked and position last held
    Occupation
    Employer
    Job duties (Do you supervise other employees? Do you have authority to hire/fire?)
    Marital status
    If married/partnered or living with someone, his or her employment
    Ages of any children and occupations of children
    Highest level of education completed and major(s) in college, if any
    Military experience, if any

Have you or anyone in your family ever worked for any state, county or city government? If so, who, which government, and in what capacity?

Have you or anyone in your family ever worked for any insurance company or claims adjusting company? If so, who, and in what capacity?

Do you understand that this is not a criminal case and that the Plaintiff's standard or burden of proof to prevail is different than that required in a criminal case? In other words, the Plaintiff does not have to prove his case beyond a reasonable doubt. The law requires that in this civil case, the Plaintiff has to prove his claims by a preponderance of the evidence. Proof by a preponderance of the evidence means that Plaintiff must produce evidence that, when considered in light of all the facts, leads you to believe that what is sought to be proved is more likely true than not true. To put it differently, if you were to put Plaintiff's and Defendants' evidence on opposite sides of a scale, Plaintiff would have to make the scales tip slightly in his favor. Do you understand that? Can you follow my instructions regarding proof by a preponderance of the evidence in this case?

**Legal System**

Have you or anyone in your family ever worked for a judge, lawyer, or law firm? If so, who, and in what capacity?

Is anyone close to you – including family members and friends – a lawyer or a judge? If so, please describe who and what they do or did.

Have you ever served as a juror in the past?

    How many times?
    When?
    Were you a foreperson?
    What type of case was it?
    Without stating the result, did the jury reach a verdict?

Have you or anyone in your family ever sued anyone or been sued by anyone? If so, please state the following:

    Were you (or your family member) the plaintiff or the defendant?
    What was the case about?
    What was the result?
    How do you feel about the result?

How do you feel about lawsuits in general?

**Law Enforcement and Security Experience and Training**

Have you or anyone close to you ever been employed in law enforcement, security, or corrections? If so, please explain.

Are you or is anyone close to you employed in a job which requires you or them to work closely with people in law enforcement on a regular basis? If so, please explain.

Have you ever received any education or training in criminal justice, law enforcement, corrections, or security? If so, please explain. How would this affect your assessment of or attitude towards the police officer and police department who are defendants in this case?

Have you or anyone close to you ever been the victim of a crime?

Have you ever had any occasion to call the police? If so, please describe the circumstances.

Have you or any family members or friends had any personal encounter or experience with the San Mateo County Sheriff's Office or any of its employees or officers? Please explain.

How do you feel about law enforcement in general?

**Police/Claims Against Police**

All else being equal, do you think that because a person is a police officer, his or her testimony is more trustworthy than another person's? If yes, why is that?*

Do you think you might tend to believe a police officer more readily, simply because he or she is a member of law enforcement? Why or why not?*

**\*  Failure to ask whether jurors would give more weight to police testimony may constitute reversible error.** *United States v. Baldwin*, 607 F.2d 1295, 1297 (9th Cir. 1979); *Darbin v. Nourse*, 664 F.2d 1109 (9th Cir. 1981); *United States v. Contreras-Castro*, 825 F.2d 185 (9th Cir. 1987).

What have you read or heard about incidents where the police have used excessive force?

What are your feelings about people suing the government because the police have violated their civil rights?

How do you feel about people who file lawsuits for money damages because they have been injured by the police?

Some people think that allowing civil rights lawsuits against police officers who violate people's rights and cause harm by that, ties the hands of police so they cannot fight crime effectively. Other people think that allowing lawsuits against police officers who violate people's rights reminds the police that they are not above the law, and if they violate the law they will be held accountable, and that's okay. Which way do you lean?

Some people think juries should not render verdicts against police officers when they violate someone's rights, because our taxes might go up; other people think by holding officers who violate people's rights accountable, it will make our whole community safer. Which one are you a little closer to?

**Medical Experience and Training**

Do you or anyone close to you have education, training, or work experience in medicine, nursing, paramedics, or as an Emergency Medical Technician?

Are you or is anyone close to you employed in a job which requires you or them to work closely with people in law enforcement on a regular basis? If so, please explain.

**Dog Bite Knowledge/Experience**

Have you or has anyone close to you, either a family member or friend, been attacked, bitten, or mauled by a dog? If so, please explain.

Have you ever received any education, training, or information about treating dog bite wounds? If so, please explain.

**Damages**

Do you understand that our system of justice only allows you to award Plaintiff money damages, or financial compensation, if you find in his favor?

What thoughts or opinions do you have about jury verdicts for damages?

What do you think of our system of justice that provides for people to collect money damages for emotional distress if they prove it has occurred?

What are your thoughts about punitive damages, which are in the nature of a fine or civil penalty and are awarded against a Defendant to deter similar conduct in the future?

Do you have any family members or close friends who might be upset with you if they learned you had been part of a jury that issued a verdict of damages to a plaintiff against a police officer? If so:
   a. Why would they be upset?
   b. How would you feel if they were to express their displeasure to you?
   c. Would this affect how you related to that person?
   d. Do you think this may affect your ability to serve as an impartial juror?

**Municipal Liability**

What do you think about lawsuits against counties or their employees, such as sheriff's deputies?

Is there anything about the fact that this case is against the County of San Mateo and a member of its Sheriff's Office that may cause you to hesitate to award damages against the County and its employee, if the evidence in the case otherwise supports such an award? If so, please explain.

Would you have any problem with awarding damages for emotional distress against the County of San Mateo? If so, please describe.

**Other Issues**

How many of you have heard other jurors say things that you agree with?  How many of you have heard other jurors say things you disagree with?  Would you be comfortable serving on a jury where you disagree with the views of the some of the other jurors?

Is there anything at all about this case that troubles you?  If so, please explain.

If you have any ethical, religious, political, or other beliefs, or medical concerns, that may prevent you from serving as a juror or interfere with your jury service, please explain.

Given your own life experiences and beliefs, is there anything about this case that makes you think that this is not the right case for you to serve as a juror?

Respectfully Submitted,

Dated:  April 28, 2017                     HADDAD & SHERWIN LLP


*/s/ Maya Sorensen*
MAYA SORENSEN
Attorneys for Plaintiff