```
1   MICHAEL J. HADDAD (State Bar No. 189114)
    JULIA SHERWIN (State Bar No. 189268)
2   T. KENNEDY HELM (State Bar No. 282319)
    MAYA SORENSEN (State Bar No. 250722)
3   HADDAD & SHERWIN LLP
    505 Seventeenth Street
4   Oakland, California 94612
    Telephone: (510) 452-5500
5   Fax: (510) 452-5510
6
    Attorneys for Plaintiff
7   RICHARD EARL MAY, JR.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br><br> vs. <br><br> SAN MATEO COUNTY, a public entity, SAN MATEO COUNTY SHERIFF GREG MUNKS, in his individual and official capacities, DEPUTY JOHN SANCHEZ, DEPUTY CHRIS LAUGHLIN, DEPUTY ERIC MICHEL, and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> **STIPULATION AND (PROPOSED) ORDER CONCERNING PUNITIVE DAMAGES DISCOVERY** |

No. 3:16-cv-00252-LB: STIP. & (PROP.) ORD. RE: PUNITIVE DAMAGES DISCOVERY

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE after meeting and conferring about the Court's order that Defendant Laughlin's financial condition information be produced, as follows:

Defendant Laughlin will produce the following financial information from January 1, 2016, to the present:

- Monthly bank statements
- Monthly mortgage statements
- Monthly wage, salary, and retirement benefit statements
- Monthly statements of all outstanding loans
- The closing statement for the recent sale of Defendant's home

In addition, Defendant Laughlin will produce monthly statements reflecting his credit card balances for the past 12 months.

The above documents, which may be redacted to prevent the disclosure of irrelevant and private information and will be treated as confidential pursuant to the Protective Order, will be produced no later than May 26, 2017. Defendant Laughlin represents that he has not applied for any mortgages or loans from January 1, 2016, to the present, and that he has no income from any source other than his employment as a San Mateo County Sheriff's Deputy.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 24, 2017                    HADDAD & SHERWIN LLP

                                       /s/ Julia Sherwin
                                       _____
                                       JULIA SHERWIN
                                       Attorneys for Plaintiff


DATED: May 24, 2017                    JOHN C. BEIERS
                                       SAN MATEO COUNTY COUNSEL

                                       /s/ Brian E. Kulich*
                                       _____
                                       BRIAN E. KULICH
                                       Deputy County Counsel
                                       Attorneys for Defendants

*Mr. Kulich provided his consent that this document be electronically filed.

No. 3:16-cv-00252-LB: STIP. & (PROP.) ORD. RE: PUNITIVE DAMAGES DISCOVERY                    1

(~~PROPOSED~~) **ORDER**

By stipulation and agreement of all parties to this action, and good cause appearing,

**IT IS SO ORDERED.**

DATED: May 25, 2017

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE