UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

Case No.: 16-cv-00252-LB    Case Name: Richard Earl May, Jr v. San Mateo County

Date: June 5, 2017 (Day 1)    Time: 6 hours and 36 minutes

**The Honorable Laurel Beeler**

**Clerk**: Ada Means    **Court Reporter**: Katherine Sullivan

**COUNSEL FOR PLAINTIFF**:    **COUNSEL FOR DEFENDANTS**:

Julia Sherwin; Michael Haddad; Kennedy Helm    Justin Mates; Brian Kulich; Margaret Tides

Trial Began: 6/5/2017    Further Trial: 6/6/2017

**TRIAL MOTIONS HEARD**:    **DISPOSITION**:

1.
2.
3.

**OTHER**:

Voir dire began. Jury selected and sworn. Plaintiff's opening statement presented by Ms. Sherwin. Defendants' opening statement presented by Mr. Kulich.

**VERDICT**:

**DISPOSITION OF EXHIBITS**: