**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 16-cv-00252-LB
Case Name: Richard Earl May, Jr v. San Mateo County

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Laurel Beeler | Michael Haddad, Julia Sherwin, and T. Kennedy Helm | Brian Kulich, Justin Mates, and Margaret Tides |
| **TRIAL DATE:** | **REPORTER:** | **CLERK:** |
| June 5, 2017 (Day 1) | Katherine Sullivan | Ada Means |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:54 a.m. | | | Court and counsel confer re: jury selection. | |
| | | 11:04 a.m. | | | Court stands in recess. | |
| | | 11:17 a.m. | | | The prospective jury is present and roll is taken. | |
| | | 11:23 a.m. | | | Court is now present in the courtroom and voir dire begins. | |
| | | 1:11 p.m. | | | Court called for a brief recess. | |
| | | 1:46 p.m. | | | Court reconvenes, all parties present. Voir dire resumes. | |
| | | 2:55 p.m. | | | Court called for a brief recess. | |
| | | 3:37 p.m. | | | Jury panel selected and sworn. The Court gives the jury preliminary jury instructions. | |
| | | 3:52 p.m. | | | The jury retires to the jury room for jury orientation. | |
| | | 4:15 p.m. | | | Court reconvenes, all parties present. Plaintiff's opening statement presented by Ms. Sherwin. | |
| | | 5:12 p.m. | | | Defendants' opening statement presented by Mr. Kulich. | |
| | | 5:30 p.m. | | | Court is adjourned for the day. The matter is continued to June 6, 2017 for further trial. | |