UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COURT TRIAL MINUTE ORDER

Case No.  16-cv-00252-LB                              Case Name:  Richard Earl May, Jr v. San Mateo County

Date:  June 6, 2017 (Day 2)                           Time:  8 hours and 3 minutes

**The Honorable Laurel Beeler**

**Clerks**:  Ada Means (am)/Tana Ingle (pm)          **Court Reporters**:  Pam Batalo (am)/Katherine Sullivan (pm)

**COUNSEL FOR PLTF**:                                 **COUNSEL FOR DEFT**:

Julia Sherwin; Michael Haddad; Kennedy Helm           Justin Mates; Brian Kulich

Trial Began:  June 5, 2017                            Further Trial:  June 7, 2017

**TRIAL MOTIONS HEARD**:                              **DISPOSITION**:

1.

2.

3.

**OTHER**:

Sharon Coster, John Sanchez, and Mark Duri were sworn and examined by both parties. Chris Laughlin sworn and examined by Ms. Sherwin.

**VERDICT**:



**DISPOSITION OF EXHIBITS**:

The following exhibits were marked and admitted into evidence: 1, 1-2, 3-1, 3-2, 5, 6, 7, 8-2, 13, 34, 37, 38, 52, 70, 71-2, 73, 85, and 86. Plaintiff's exhibit #20 is marked only.