UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-00252-LB
Case Name: Richard Earl May, Jr v. San Mateo County

## TRIAL SHEET, EXHIBIT, and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| Laurel Beeler | Michael Haddad, Julia Sherwin, and T. Kennedy Helm | Brian Kulich and Justin Mates |
| **TRIAL DATE:** | **REPORTERS:** | **CLERKS:** |
| June 6, 2017 (Day 2) | Pam Batalo (AM)/Katherine Sullivan (PM) | Ada Means (AM)/Tana Ingle (PM) |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:32 a.m. | | | Court hears arguments on Defendants' Motion for Mistrial. | |
| | | 9:17 a.m. | | | The jury is now present in the courtroom. Sharon Coster is sworn as a witness for Plaintiff and is under direct examination by Mr. Haddad. | |
| 1 | | 9:23 a.m. | X | X | Photos of Domino the cat | |
| 1-2 | | 9:23 a.m. | X | X | Photos of Domino the cat | |
| | 70 | 9:26 a.m. | X | X | Google Eath Aerial screenshot of 1 Bloom Lane | |
| | 83-1 | 9:30 a.m. | X | X | Photograph | |
| | 83-2 | 9:30 a.m. | X | X | Photograph | |
| | 71-2 | 9:34 a.m. | X | X | Photograph of 1 Bloom Lane | |
| 3-2 | | 9:34 a.m. | X | X | Photograph of construction site | |
| 9 | | 9:56 a.m. | X | X | Photograph of "I met Riggs" sticker | |
| | | 10:00 a.m. | | | Court called for the morning recess. | |
| | | 10:20 a.m. | | | Court reconvenes, all parties present. Sharon Coster resumes the witness stand and is under cross examination by Mr. Mates. | |
| | | 10:39 a.m. | | | Sharon Coster under re-direct examination by Mr. Haddad. | |
| | | 10:41 a.m. | | | Sharon Coster under re-cross examination by Mr. Mates. | |
| | | 10:42 a.m. | | | Sharon Coster is excused. John Sanchez is sworn as a witness for Plaintiff and is under direct examination by Ms. Sherwin. | |
| | 73 | 10:57 a.m. | X | X | Transcript of Dispatch Audio for 1/1/15 | |
| 52 | | 11:13 a.m. | X | | Commercial Burglary Penal Code Section 459 | |
| | | 11:42 a.m. | | | John Sanchez under cross examination by Mr. Mates. | |
| | 85 | 11:46 a.m. | X | X | | |

1

**TRIAL SHEET, EXHIBIT, and WITNESS LIST continued**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:58 a.m. | | | Court called for the noon recess. | |
| | | 12:34 p.m. | | | Court reconvenes. Matters discussed outside the presence of the jury. | |
| 52 | | | | X | Commercial Burglary Penal Code Section 459 | |
| | | 1:03 p.m. | | | Jury is now present.  Cross examination of Mr. Sanchez continued. | |
| 20 | | | X | | Deputy John Sanchez's Report | |
| 3-1 | | | X | X | Photograph of construction site | |
| | 86 | | X | X | Photograph of Ms. Coster | |
| | | 1:42 p.m. | | | Re-direct examination by Ms. Sherwin. | |
| | | 1:51 p.m. | | | Witness is thanked and excused. | |
| | | 1:53 p.m. | | | Witness Lt. Mark Duri called to the stand and sworn for testimony.  Direct examination by Mr. Haddad. | |
| 37 | | | X | X | SMCSO General Order 5-09, Canine Unit | |
| 38 | | | X | X | SMCSO Canine Services Unit Manual | |
| 6 | | | X | X | Photographs | |
| 7 | | | X | X | Photographs | |
| 8-2 | | | X | X | Photograph | |
| | | 2:20 p.m. | | | Court is in recess. | |
| | | 2:40 p.m. | | | Court reconvened. Cross examination by Mr. Mates. | |
| | | 2:49 p.m. | | | Re-direct examination by Mr. Haddad. | |
| | | 2:52 p.m. | | | Witness is thanked and excused. | |
| | | 2:53 p.m. | | | Witness Chris Laughlin called to the stand and sworn for testimony.  Direct examination by Mr. Haddad. | |
| 41 - Cvr.pg. | & 2-15 | | X | X | Ca. Commission on POST. | |
| 5 | | | X | X | Photographs | |
| 34 | | | X | X | Photographs only | |
| 13 | | | X | X | CAD | |
| | | 4:29 p.m. | | | Jurors are excused. Court is in recess for the day. Trial continued to June 7, 2017, at 8:30 a.m. | |