MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br> vs. <br><br> SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> Hon. Laurel Beeler <br><br> **JOINT LIST OF ADMITTED EXHIBITS** <br><br> Trial Date: June 5, 2017 <br> Time: 8:30 a.m. <br> Place: Courtroom C, 15th Floor |

No. 3:16-cv-00252-LB: JOINT LIST OF ADMITTED EXHIBITS

# JOINT LIST OF ADMITTED EXHIBITS

*Richard Earl May, Jr. v. San Mateo County, et al.*, No. 3:16-cv-00252-LB

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 1. | Photos (2) of *Domino* the cat and Sharon Coster |
| 3. | Photos (10) of construction site |
| 5. | *Riggs'* training photos |
| 6. | Photos (3) of Plaintiff May's right leg injuries at scene |
| 7. | Photos (5) of Plaintiff May's injuries at San Mateo Medical Center Emergency Room |
| 8. | Photos of Plaintiff May with and without "I Met Riggs" sticker |
| 9. | Photo of "I Met *Riggs*" Sticker |
| 10. | Photo (1) taken on January 2, 2015 of Plaintiff May's injuries |
| 11. | Photos (6) taken on January 4, 2015 of Plaintiff May's injuries |
| 12. | Photo (1) taken on January 27, 2015 of Plaintiff May's injuries |
| 13. | Computer Aided Dispatch (CAD) log for the incident on January 1, 2015 |
| 14. | Dispatch Audio for incident on January 1, 2015 |
| 18. | Google Earth color photograph showing Sergeant Loubal's location on scene |
| 19. | Google Earth black and white photograph depicting 1 Bloom Lane before construction showing where Deputy Kurt Zeugin identified his location on scene at his deposition |
| 24. | Citation to Plaintiff May |
| 27. | San Mateo County District Attorney's letter to Plaintiff May, April 7, 2015 |
| 28. | Email, January 2, 2015, 2:52 a.m., from Defendant Laughlin to Sergeant Loubal and Sergeant Ramos |
| 29. | Email from Defendant Laughlin to Sergeant Loubal, February 2, 2015, 20:25, with photos attached |
| 31. | Sergeant Loubal's Use of Force Report |
| 34. | Selected Bite Photos from Defendant Laughlin and *Riggs'* pre January 1, 2015 bites |
| 37. | San Mateo County Sheriff's Office General Order § 5-09, Canine Unit |
| 38. | San Mateo County Sheriff's Office Canine Services Unit Manual, § 5-01, Chapter 5, Conditions of Deployment |
| 41. | Excerpts from California Commission on Peace Officer Standards and Training (POST) Learning Domain 1, *Leadership, Professionalism and Ethics*, Version 5, published 1997, copyright 2005 |
| 42. | Excerpts from California Commission on Peace Officer Standards and Training (POST) Learning Domain 6, *Property Crimes*, Version 5, published 1998, copyright 2008 |
| 44. | Excerpt from California Commission on Peace Officer Standards and Training (POST) Learning Domain 20, *Use of Force*, Version Two, published 1998; revised February 2006 |
| 45. | Ernest Burwell's C.V. (8 pages) |

**JOINT TRIAL EXHIBIT LIST**

*Richard Earl May, Jr. v. San Mateo County, et al.*, No. 3:16-cv-00252-LB

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 48. | **Plaintiff May's San Mateo County Medical Center Emergency Room records** |
| 50. | **Plaintiff May's Medical Records from Half Moon Bay Family Medical Clinic** |
| 51. | **Defendant Laughlin Transparent California Salary Information, 2011-2016** |
| 52. | **Commercial Burglary Statute (California Penal Code § 459)** |
| 53. | **Plaintiff's Chart of "Use of Force Rules and Standards"** |
| 54. | **Stipulated Undisputed Facts** |
| 70. | **Google Earth Aerial screenshot of 1 Bloom Lane and surrounding area (as of December 2016)** |
| 71. | **Photos (2) of 1 Bloom Lane at the time of the Incident** |
| 77. | **Audio recordings (2) of Jatagan security alarms** |
| 78. | **Audio record of post-*Miranda* interview of Richard May** |
| 81. | **Photos (3) of *Riggs*** |
| 82. | **Medical Records from American Medical Response regarding treatment of Plaintiff May on January 1, 2015** |
| 83. | **Photos (6) of copper fittings and other items near the site of Plaintiff May's arrest** |
| 85. | **Google Earth Aerial Screenshot of 1 Bloom Lane as of March 2015** |
| 85-1. | **Google Earth Aerial Screenshot of 1 Bloom Lane as of March 2015 showing where Deputy Zeugin identified his location on scene at trial** |
| 86. | **Photograph of Sharon Coster** |

## JOINT LIST OF ADMITTED EXHIBITS
*Richard Earl May, Jr. v. San Mateo County, et al.*, No. 3:16-cv-00252-LB

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|

                                        Respectfully Submitted,

Dated: June 11, 2017                  HADDAD & SHERWIN LLP

                                      /s/ *T. Kennedy Helm*
                                      T. KENNEDY HELM
                                      Attorneys for Plaintiff

Dated: June 11, 2017                  JOHN C. BEIERS
                                      SAN MATEO COUNTY COUNSEL

                                      /s/ *Brian E. Kulich**

                                      BRIAN E. KULICH
                                      Deputy County Counsel
                                      Attorneys for Defendants SAN MATEO COUNTY, SAN MATEO COUNTY SHERIFF DEPUTY CHRIS LAUGHLIN

*Mr. Kulich provided his consent that this document be electronically filed.