MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br><br> vs. <br><br> SAN MATEO COUNTY, a public entity, DEPUTY CHRIS LAUGHLIN, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> **(PROPOSED) PARTIAL JUDGMENT** |

This action came before the Court for a trial by jury over seven days starting on June 5 and concluding on June 13, 2017. The issues have been tried and the jury has rendered its verdict. In accordance with the jury's verdict, IT IS ORDERED AND ADJUDGED that partial judgment be entered in favor of Plaintiff as follows:

1. For Plaintiff Richard May and against Defendant Chris Laughlin on the claim for excessive force in violation of the Fourth Amendment under 42 U.S.C. § 1983.
2. For Plaintiff Richard May and against Defendants Chris Laughlin and San Mateo County on the state law claim for battery.
3. For Plaintiff Richard May and against Defendants Chris Laughlin and San Mateo County on the state law claim for violation of California Civil Code § 52.1, the Bane Act.
4. For Plaintiff Richard May and against Defendants Chris Laughlin and San Mateo County on the state law claim for negligence, with a finding that Defendant Laughlin was 70% comparatively at fault and Plaintiff May was 30% comparatively at fault.
5. For Plaintiff Richard May and against Defendants Chris Laughlin and San Mateo County for compensatory damages in the amount of $1,000,000.
6. For Plaintiff Richard May and against Defendant Chris Laughlin for punitive damages in the amount of $100,000, with a finding that Defendant Laughlin acted with malice, oppression, or reckless disregard to the rights of Plaintiff Richard May.

Pursuant to stipulation of the parties, Plaintiff's claim for false arrest under California state law was tried before the Court, and the Court shall issue its verdict and judgment on all issues of fact, law, and damages related to state law false arrest after the parties complete post-trial briefing on that claim.

**IT IS SO ORDERED, AND PARTIAL JUDGMENT IS HEREBY ENTERED AS SET FORTH HEREIN.**

DATED: _____                    _____
                                             HON. LAUREL BEELER
                                             UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM.**

DATED: June 14, 2017                         HADDAD & SHERWIN LLP

                                             /s/ *Julia Sherwin*
                                             ―――――――――――――――――――
                                             JULIA SHERWIN
                                             Attorneys for Plaintiff RICHARD EARL MAY, JR.

DATED: June 15, 2017                         JOHN C. BEIERS
                                             SAN MATEO COUNTY COUNSEL

                                             /s/ *Brian E. Kulich\**
                                             ―――――――――――――――――――
                                             BRIAN E. KULICH
                                             Deputy County Counsel
                                             Attorneys for Defendants SAN MATEO COUNTY,
                                               DEPUTY CHRIS LAUGHLIN

*Mr. Kulich provided his consent that this document be electronically filed.