# EXHIBIT A



# SERVICE OF PROCESS


ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 1/30/2016 |
|---|---|
| Acct. No. | 0004612 |
| Invoice # | 10499679 |
| Due Date | 2/29/2016 |

Haddad & Sherwin LLP
Michelle Carlucci
505 17th Street
Oakland CA 94612

---

Sales Order: 10076124

Firm Contact: Thomas Helm

Filer Name: Thomas Helm

Billing Code: None

Plaintiff: Richard Earl May, Jr.

Defendant: San Mateo County, et al.

Documents: See Attached List

Court Branch: United States District Court, Northern District of California

Target:

**Served:**

**Serve Info:**

San Mateo County, a public entity
400 County Center
Redwood City CA 94063

---

| **Item** | **Amount** |
|---|---|
| **Process Serving - Standard** | **68.95** |
| | |
| **Total** | **$68.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**     **$68.95**



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 1/30/2016 |
|---|---|
| Acct. No. | 0004612 |
| Invoice # | 10499680 |
| Due Date | 2/29/2016 |

Haddad & Sherwin LLP
Michelle Carlucci
505 17th Street
Oakland CA 94612

| | |
|---|---|
| Sales Order: | 10076128 |
| Firm Contact: | Thomas Helm |
| Filer Name: | Thomas Helm |
| Billing Code: | None |
| Plaintiff: | Richard Earl May, Jr. |
| Defendant: | San Mateo County, et al. |
| Documents: | See Attached List |
| Court Branch: | United States District Court, Northern District of California |
| Target: | |
| **Served:** | **Substitute Service-Individual** |

**Serve Info:**
Eric Michel
537 Kelly Avenue
Half Moon Bay CA 94019

| Item | Amount |
|---|---|
| **Served Additional Entities** | 39.95 |
| | |
| **Total** | **$39.95** |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**          **$39.95**



# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/2/2016 |
|---|---|
| Acct. No. | 0004612 |
| Invoice # | 10501686 |
| Due Date | 3/3/2016 |

Haddad & Sherwin LLP
Michelle Carlucci
505 17th Street
Oakland CA 94612

Sales Order:   10076125

Firm Contact:   Thomas Helm

Filer Name:   Thomas Helm

Billing Code:   None

Plaintiff:   Richard Earl May, Jr.

Defendant:   San Mateo County, et al.

Documents:   See Attached List

Court Branch:   United States District Court, Northern District of California

Target:

**Served:   Substitute Service-Individual**

**Serve Info:**

Sheriff Greg Munks
400 County Center
Redwood City CA 94063

| Item | Amount |
|---|---|
| **Served Additional Entities** | **39.95** |

|  | **Total** | **$39.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**   **$39.95**


# ONE LEGAL

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

# Invoice

| Date | 2/2/2016 |
|---|---|
| Acct. No. | 0004612 |
| Invoice # | 10501685 |
| Due Date | 3/3/2016 |

Haddad & Sherwin LLP
Michelle Carlucci
505 17th Street
Oakland CA 94612

---

| | |
|---|---|
| Sales Order: | 10076127 |
| Firm Contact: | Thomas Helm |
| Filer Name: | Thomas Helm |
| Billing Code: | None |
| Plaintiff: | Richard Earl May, Jr. |
| Defendant: | San Mateo County, et al. |
| Documents: | See Attached List |
| Court Branch: | United States District Court, Northern District of California |
| Target: | |

**Served:** **Substitute Service-Individual**

**Serve Info:**
Deputy Sheriff Chris Laughlin
537 Kelly Avenue
Half Moon Bay CA 94019

---

| Item | Amount |
|---|---|
| **Served Additional Entities** | 39.95 |

| | **Total** | **$39.95** |
|---|---|---|

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due**   **$39.95**

ONE LEGAL

# Invoice

504 Redwood Blvd.
Suite 223
Novato CA 94947
415-491-0606
TIN: 26-0259046

| Date | 2/2/2016 |
| --- | --- |
| Acct. No. | 0004612 |
| Invoice # | 10501687 |
| Due Date | 3/3/2016 |

Haddad & Sherwin LLP
Michelle Carlucci
505 17th Street
Oakland CA 94612

Sales Order:    10076126

Firm Contact:   Thomas Helm

Filer Name:     Thomas Helm

Billing Code:   None

Plaintiff:      Richard Earl May, Jr.

Defendant:      San Mateo County, et al.

Documents:      See Attached List

Court Branch:   United States District Court, Northern District of California

Target:

**Served:        Substitute Service-Individual**

**Serve Info:**
Deputy Sheriff John Sanchez
537 Kelly Avenue
Half Moon Bay CA 94019

| Item | Amount |
| --- | --- |
| **Process Serving - Standard** | **68.95** |

| | Total | **$68.95** |
| --- | --- | --- |

Statutory court fees and witness fees disbursed on your behalf are
assessed a 2.6% convenience fee for processing and collecting
these disbursements. The convenience fee is waived if you elect the
ACH payment service.

**Balance Due    $68.95**

# M*ERCURY* INVESTIGATIONS

**Email: mercury@mercuryinvestigations.com**
**License No.: PI 012115**
3645 Grand Avenue, Suite 207
Oakland, CA 94610
Phone: (510) 268-9810
Fax: (510) 268-9806

November 1, 2016

**T. KENNEDY HELM, ESQ.**
**HADDAD & SHERWIN, LLP**
505 Seventeenth Street
Oakland, CA    94612

**RE:   RICHARD EARLY MAY, JR. v. SAN MATEO COUNTY, et al.**
**Northern  US District Court No.: 3: 16-cv-00252 LB**
**Invoice No.: 11A116-1HS**

## STATEMENT OF BILLING:

10/27/16, Received from your office the following:   SUBPOENA TO PRODUCE
DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION
OF PREMISES IN A CIVIL ACTION, RULE 45, NOTICE AND COPY OF
SUBPOENA FOR PRODUCTION OF DOCUMENTS TO BE SERVED TO
WITMER-TYSON IMPORTS, INC., PROOF OF SERVICE for service on 11/1/16 to:

JAMES STARK, MANAGER, OR CUSTODIAN OF RECORDS, WITMER-TYSON
IMPORTS, INC., 3735 Haven Ave., Menlo Park, CA   94025
11/1/16 @ 11:24 a.m., Service to Mona Arce, Secretary, Authorized to
accept service by the owner, David Witmer.  At the time of service,
Mr. Stark was out of the office on a dog training and nobody else who works for
the company was in the office.  Mona Arce phoned David Witmer,
and authorized Ms Arce to accept the service of the subpoena.
Mona Arce works as a Secretary for Tyson's World of Dogs at this location.
Your office was notified of the manner of service.
Fee for service.   ........................................................................................ $115.00

**TOTAL AMOUNT DUE         $115.00**
**Federal ID # 94-3049158**

**THANK YOU FOR YOUR CONTINUING BUSINESS**
**INVOICE DUE AND PAYABLE UPON RECEIPT.**

*Paid*
*check # 12730*

# TRIAL TRANSCRIPTS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORIA

INVOICE NO: 20172341

## MAKE CHECKS PAYABLE TO:

Julia Sherwin
Haddad & Sherwin LLP
505 17th Street
Oakland, CA 94612

Phone:

Katherine Powell Sullivan
Official Court Reporter
450 Golden Gate Avenue
16th Floor, Room 6782
San Francisco, CA 94102

Phone:     (415) 794-6659
FAX       (415) 522-3149
Tax ID:    47-4915430
Katherine_Sullivan@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 06-06-2017 | 06-06-2017 |

**Case Style:** C 16-252 LB, May v San Mateo County
Cost to prepare the original and two pdf copies (77 pages split with opposing party), plus one condensed copy of the testimony of Chris Laughlin given on 6/6/17, before Hon. Laurel Beeler

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 39 | 6.05 | 235.95 | 77 | 1.20 | 92.40 | 38 | 0.90 | 34.20 | 362.55 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 362.55 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| **Check No: 10652**    **Date Paid:  06-09-2017**    **Amt: $362.55** | | | | | | | TOTAL DUE: | | | $0.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 06-07-2017 |

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORIA

**INVOICE NO:** 20172344

### MAKE CHECKS PAYABLE TO:

Julia Sherwin
Haddad & Sherwin LLP
505 17th Street
Oakland, CA 94612

Phone:

Katherine Powell Sullivan
Official Court Reporter
450 Golden Gate Avenue
16th Floor, Room 6782
San Francisco, CA 94102

Phone:   (415) 794-6659
FAX      (415) 522-3149
Tax ID:   47-4915430
Katherine_Sullivan@cand.uscourts.gov

| | | | |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | **DATE ORDERED:** 06-08-2017 | **DATE DELIVERED:** 06-08-2017 | |

**Case Style:** C 16-252 LB, May v San Mateo County
Cost to prepare the original and two pdf copies (124) pages split with opposing party), plus one condensed copy of the (afternoon session) testimony of John Sanchez on 6/6/17 and Chris Laughlin on 6/7/17.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 62 | 6.05 | 375.10 | 124 | 1.20 | 148.80 | 62 | 0.90 | 55.80 | 579.70 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 579.70 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $579.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 06-12-2017 |

(All previous editions of this form are cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 00002519

**MAKE CHECKS PAYABLE TO:**

Julia Sherwin
Haddad & Sherwin LLP
505 17th Street
Oakland, CA 94612

Phone:

PAMELA A. BATALO, CSR, Inc.
United States Court Reporter
450 Golden Gate Avenue
16th Floor, Room 6798
San Francisco, CA 94102

Phone:    (626) 688-7509

Tax ID:   27-2218322
pamela_batalo@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-05-2017 | 06-07-2017 |

**Case Style:** CV 16-252-LB, May v San Mateo County, et al.

1/2 the cost of daily transcript plus one condensed transcript for the testimony of Chris Laughlin reported on 6/7/17 and the testimony of John Sanchez reported on 6/6/17 (split with court reporter Katherine Sullivan.)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 164 | 4.67 | 765.88 | | | | | | | 765.88 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 765.88 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $765.88 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| /s/ Pamela A. Batalo | 06-09-2017 |

(All previous editions of this form are cancelled and should be destroyed)

# DEFENDANTS' DEPOSITION COURT REPORTERS AND VIDEOGRAPHER

## YEE & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
630 NORTH SAN MATEO DRIVE
SAN MATEO, CA 94401-2328
TEL (650) 343-9519

| | |
|---|---|
| **INVOICE NO. :** | **14123** |
| **INVOICE DATE:** | **9/12/2016** |
| **REPORTER:** | |
| Barbara Yee | |
| **ID#:** *94-3306763* | |

Haddad & Sherwin, LLP
505 Seventeenth Street
Oakland, CA 94612

T. KENNEDY HELM, ATTORNEY AT LAW

*Richard May vs. San Mateo County, et al.*
*USDC, Northern District of California*
*Case No. 3:16-cv-00252LB*

| Date | Description | Amount |
|---|---|---|
| 8/30/2016 | Videotaped Deposition of | |
| |    RICHARD EARL MAY | |
| | One Copy | 589.95 |
| | Certification Fee | 10.00 |
| | Exhibit - CD/DVD | 15.00 |
| | Exhibits - color copies | 30.25 |
| | Condensed Transcript & Index | 35.00 |
| | ASCII - pdf and txt files | 25.00 |
| | Postage and Handling | 25.00 |
| | | |
| | THANK YOU!! | |
| | | 730.20 |
| | **Total Amount Due** | 730.20 |

**TERMS: NET 30 DAYS**
A late payment charge of 1.5% per month (18% per annum) will be assessed on all balances 30 days or more overdue.

# Veritext
# Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| | | | |
|---|---|---|---|
| **Bill To:** | Thomas Kennedy Helm<br>Haddad & Sherwin, LLP<br>505 Seventeenth Street<br>Oakland, CA, 94612 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | SF2753996<br>9/23/2016<br>$503.75 |

| | |
|---|---|
| **Case:** | Richard Earl May v. San Mateo County, et al |
| **Job #:** | 2375351 \| Job Date: 8/30/2016 \| Delivery: Normal |
| **Billing Atty:** | Thomas Kennedy Helm |
| **Location:** | San Mateo County Council |
| | 400 County Center - Hall of Justice \| 6th Floor \| Redwood City, CA 94063 |
| **Sched Atty:** | Brian Kulich \| County of San Mateo County Counsel's Office |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Richard Earl May | Video - Transcript Synchronization | Per hour | 3.75 | $468.75 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $503.75 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $503.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

147293

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | SF2753996 |
| **Job #:** | 2375351 |
| **Invoice Date:** | 9/23/2016 |
| **Balance:** | $503.75 |

# UCCELLI & ASSOCIATES
**Certified Shorthand Reporters**

1243 Mission Road
South San Francisco, CA 94080
Tel: 650-952-0774
Fax: 650-952-8688
reporters@uccellireporting.com



Certified
**WBE**
Women's Business Enterprise

FED I.D. #94-2940691

# INVOICE

| DATE | INVOICE NO. |
|------|-------------|
| 4/7/2017 | 47174 |

| BILL TO | RE |
|---------|-----|
| Haddad & Sherwin LLP<br>505 - 17th Street<br>Oakland, CA 94612<br>ATTN: ACCOUNTS PAYABLE | RICHARD MAY v SAN MATEO COUNTY<br>US DISTRICT COURT<br>NORTHERN CALIFORNIA<br>3:16-cv-00252 LB<br>ATTY: MICHAEL J. HADDAD |

We understand costs may be passed on to clients for payment. Please note the party named on the invoice bears the ultimate responsibility for payment unless previous arrangements have been made.

| TERMS | APPEARANCE DATE | REPORTER |
|-------|-----------------|----------|
| Prepay | 3/31/17 | K. Zollars |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DEPOSITION OF ERNEST BURWELL | |
|     Certified digital transcript - 6-day Expedite - on document repository | 1,296.88 |
|     Email notification sent to ordering attorney(s) - 4/10/17 | |
|     Includes: Certified paper transcript | |
|             Condensed/concordance | |
|     Exhibit(s) - on repository & paper | 2.35 |
|     UPS Delivery/processing | 23.10 |

P A I D

APR 1 0 2017

| PREPAYMENT REQUIRED - CREDIT CARDS ACCEPTED | **Total** | $1,322.33 |
|---|---|---|

**Visit www.UccelliReporting.com to download transcripts and exhibits**

# PLAINTIFF'S DEPOSITION COURT REPORTER
# AND VIDEOGRAPHER



*check paid # 12688*

# CRANGLE
### REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 10/5/2016 | 11538 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | Chris Laughlin | Gina V. Carbone, C.S.R | 9/22/2016 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF CHRIS LAUGHLIN | 1,077.00 |
| | |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| Photocopy and Scan Exhibits | 25.80 |
| Postage and Handling | 25.00 |

| | TOTAL | $1,176.80 |
|---|-------|-----------|

| Terms: | Net 30 |
|--------|--------|

# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 10/17/2016 | 11566 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | John E. Sanchez | Karen A. Crangle, C.S.R. | 9/21/2016 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING VIDEOTAPED DEPOSITION OF JOHN E. SANCHEZ | 554.75 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 2.40 |
| Postage and Handling | 20.00 |

**TOTAL**     $661.15

| Terms: | Net 30 |
|--------|--------|



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|---|---|
| 10/17/2016 | 11568 |

# INVOICE

T. Kennedy Helm, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|---|---|---|---|
| May v. San Mateo County | Eric Michel | Karen A. Crangle, C.S.R | 9/21/2016 |

| | |
|---|---|
| REALTIME REPORTING AND TRANSCRIBING VIDEOTAPED DEPOSITION OF ERIC MICHEL | 749.75 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 2.40 |
| Postage and Handling | 20.00 |

| **TOTAL** | $856.15 |
|---|---|

| Terms: | Net 30 |
|---|---|



# CRANGLE
### REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 11/28/2016 | 11635 |

# INVOICE

Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo | Sharon CostEr | Gina Carbone, C.S.R. | 11/14/2016 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF SHARON COSTER | 588.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 1.20 |
| Postage and Handling | 25.00 |
| **TOTAL** | **$698.20** |

| Terms: | Net 30 |
|--------|--------|



# CRANGLE
### REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 12/19/2016 | 11654 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | Lieutenant Mark Duri | Joan Grier, C.S.R.c | 12/13/2016 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF LIEUTENANT MARK DURI | 318.00 |
| | |
| Expediting Fee | 121.50 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| Photocopy and Scan Exhibits | 1.80 |
| Postage and Handling | 20.00 |

**TOTAL** $510.30

| Terms: | Net 30 |
|--------|--------|



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|---|---|
| 12/19/2016 | 11653 |

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|---|---|---|---|
| May v. San Mateo County | Sergeant Gary Ramos | Joan Grier, C.S.R.c | 12/13/2016 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF SERGEANT GARY RAMOS | 565.50 |
| Expediting Fee | 245.25 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| Photocopy and Scan Exhibits | 4.20 |
| Postage and Handling | 20.00 |

**TOTAL**   $883.95

| Terms: | Net 30 |
|---|---|



# CRANGLE
### REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|---|---|
| 12/27/2016 | 11662 |

# INVOICE

Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|---|---|---|---|
| May v. San Mateo | Josefina Enriquez, M.D. | Joan Grier, C.S.R. | 12/21/2016 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING VIDEOTAPED DEPOSITION OF JOSEFINA ENRIQUEZ, M.D. | 379.25 |
| Expediting Fee | 102.12 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 6.60 |
| Postage and Handling | 25.00 |

| TOTAL | $596.97 |
|---|---|

| Terms: | Net 30 |
|---|---|



CRANGLE
REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|---|---|
| 1/19/2017 | 11693 |

# INVOICE

T. Kennedy Helm, Attorney at Law
Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|---|---|---|---|
| May v. San Mateo County | Marcus Zenuk | Joan Grier, C.S.R. | 1/10/2017 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF MARCUS ZENUK | 185.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Postage and Handling | 15.00 |

| | TOTAL | $284.00 |
|---|---|---|

| Terms: | Net 30 |
|---|---|



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 1/19/2017 | 11692 |

# INVOICE

T. Kennedy Helm, Attorney at Law
Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | David Redding | Joan Grier, C.S.R. | 1/10/2017 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF DAVID REDDING | 185.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Postage and Handling | 15.00 |

| | TOTAL | $284.00 |
|---|-------|---------|

| Terms: | Net 30 |
|--------|--------|



# CRANGLE
## REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|---|---|
| 1/19/2017 | 11691 |

# INVOICE

T. Kennedy Helm, Attorney at Law
Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|---|---|---|---|
| May v. San Mateo County | Deputy Scott King | Joan Grier, C.S.R. | 1/10/2017 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF DEPUTY SCOTT KING | 185.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Postage and Handling | 15.00 |

| **TOTAL** | $284.00 |
|---|---|

| Terms: | Net 30 |
|---|---|



**CRANGLE**
REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 1/19/2017 | 11690 |

# INVOICE

T. Kennedy Helm, Attorney at Law
Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | Sergeant Dennis Loubal | Joan Grier, C.S.R. | 1/10/2017 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF SERGEANT DENNIS LOUBAL | 268.50 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 1.50 |
| Postage and Handling | 15.00 |

**TOTAL** $369.00

| Terms: | Net 30 |
|--------|--------|



**CRANGLE**
REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 1/19/2017 | 11689 |

# INVOICE

T. Kennedy Helm, Attorney at Law
Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | Deputy John De Martini | Joan Grier, C.S.R. | 1/10/2017 |

| | |
|---|---|
| REPORTING AND TRANSCRIBING DEPOSITION OF DEPUTY JOHN DEMARTINI | 185.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 6.00 |
| Postage and Handling | 15.00 |

| **TOTAL** | $290.00 |

| Terms: | Net 30 |
|--------|--------|



# CRANGLE
### REPORTING SERVICES

3756 Grand Avenue
Suite 305
Oakland, CA 94610

TEL: 510.653.1312
FAX: 510.839.2304
www.cranglereporting.com
Tax ID 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

| DATE | INVOICE NO. |
|------|-------------|
| 1/30/2017 | 11709 |

# INVOICE

Maya Sorensen, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo | Deputy Kurt Zeugin | Joan Grier, C.S.R. | 1/18/2017 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF DEPUTY KURT ZEUGIN | 350.00 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| Photocopy and Scan Exhibits | 1.50 |
| Postage and Handling | 25.00 |

**TOTAL** $425.50

| Terms: | Net 30 |
|--------|--------|


# CRANGLE
## REPORTING SERVICES

| DATE | INVOICE NO. |
|------|-------------|
| 4/13/2017 | 11802 |

3756 Grand Avenue
Suite 305
Oakland, CA 94610
TEL: 510.653.1312
FAX: 510.839.2304
reporters@cranglereporting.com
Tax ID 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

# INVOICE

Michael J. Haddad, Attorney at Law
HADDAD & SHERWIN LLP
505 17th Street, Third Floor
Oakland, CA 94612

| CASE | DEPONENT | REPORTER | APPEARANCE |
|------|----------|----------|------------|
| May v. San Mateo County | Bradley A. Smith | Karen A. Crangle, C.S.R. | 4/7/2017 |

| | |
|---|---:|
| REPORTING AND TRANSCRIBING DEPOSITION OF BRADLEY A. SMITH | 1,375.50 |
| Certification Fee | 14.00 |
| Condensed Transcript | 35.00 |
| E-Transcript | 35.00 |
| Photocopy and Scan Exhibits | 33.00 |
| Postage and Handling | 25.00 |
| Expediting Fee (Complimentary) | 0.00 |

| | TOTAL | $1,517.50 |
|---|---|---|

| Terms: | Net 30 |
|--------|--------|

*paid check # 12702*

# INVOICE

**BenchMarkVideo.**
1-800-VIDEO-DEPO
info@benchmarkvideo.com

From    **BenchMark Video**
33 Roque Moraes Court, #5
Mill Valley, CA 94941

| Invoice For | **Haddad and Sherwin LLP** | | Invoice ID | **#5613** |
|---|---|---|---|---|
| | 505 17th Street | | Issue Date | 10/12/2016 |
| | Oakland, CA 94612 | | Due Date | 11/11/2016 (Net 30) |

Subject    Re: May vs. San Mateo County, et al.

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| DEPO:<br>John Sanchez, v.I<br>Eric Michel, v.I<br><br>DATE: 09/21/16<br><br>VIDEO PRODUCTION:<br>ARR: 9:00am - (1.0 lunch) - LV: 6:00pm | 8.00 | $95.00 | $760.00 |
| VIDEO FORMATTING | 5.00 | $15.00 | $75.00 |
| VIDEO/TEXT SYNCHRONIZATION | 5.00 | $35.00 | $175.00 |
| DVD CREATION | 2.00 | $15.00 | $30.00 |
| ORIGINAL MEDIA | 1.00 | $15.00 | $15.00 |
| SHIPPING | 1.00 | $10.00 | $10.00 |
| PARKING | 1.00 | $28.00 | $28.00 |

**Amount Due**    **$1,093.00**

**Notes**

Please make all checks payable to "Benchmark Video"
Fed Tax I.D. #: 43-2023561 (Bradford J. Lipetz)
Balances due after 30 days are subject to a 1.5% per month service charge

*paid Check # 12702*

# INVOICE

From **BenchMark Video**

33 Roque Moraes Court, #5
Mill Valley, CA 94941

**BenchMarkVideo.**
1-800-VIDEO-DEPO
info@benchmarkvideo.com

| Invoice For | **Haddad and Sherwin LLP** | Invoice ID | **#5614** |
|---|---|---|---|
| | 505 17th Street | Issue Date | 10/12/2016 |
| | Oakland, CA 94612 | Due Date | 11/11/2016 (Net 30) |

Subject     Re: May vs. San Mateo County, et al.

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| DEPO:<br>Chris Laughlin, v.I<br><br>DATE:<br>09/22/16<br><br>VIDEO PRODUCTION:<br>ARR: 9:30am - (.75 lunch) - LV: 4:00pm | 5.75 | $95.00 | $546.25 |
| VIDEO FORMATTING | 4.25 | $15.00 | $63.75 |
| VIDEO/TEXT SYNCHRONIZATION | 4.25 | $35.00 | $148.75 |
| DVD CREATION | 1.00 | $15.00 | $15.00 |
| ORIGINAL MEDIA | 2.00 | $15.00 | $30.00 |
| PARKING | 1.00 | $28.00 | $28.00 |

**Amount Due**    **$831.75**

. **Notes**

Please make all checks payable to "Benchmark Video"
Fed Tax I.D. #: 43-2023561 (Bradford J. Lipetz)
Balances due after 30 days are subject to a 1.5% per month service charge

**Thank you for your business!**

# INVOICE

From **BenchMark Video**
33 Roque Moraes Court, #5
Mill Valley, CA 94941

**BenchMarkVideo.**
1-800-VIDEO-DEPO
info@benchmarkvideo.com

| Invoice For | **Haddad and Sherwin LLP** | Invoice ID | #5644 |
|---|---|---|---|
| | 505 17th Street | Issue Date | 12/22/2016 |
| | Oakland, CA 94612 | Due Date | 01/21/2017 (Net 30) |

Subject | Re: May, Jr. vs. San Mateo County, et al.

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| DEPO: Josefina Enriquez, M.D., v.I<br><br>DATE: 09/21/16<br><br>VIDEO PRODUCTION: ARR: 9:30am - (no lunch) - LV: 12:45pm | 3.75 | $95.00 | $356.25 |
| VIDEO FORMATTING | 1.00 | $15.00 | $15.00 |
| VIDEO/TEXT SYNCHRONIZATION | 1.00 | $35.00 | $35.00 |
| DVD CREATION | 1.00 | $15.00 | $15.00 |
| ORIGINAL MEDIA | 1.00 | $15.00 | $15.00 |
| SHIPPING | 1.00 | $10.00 | $10.00 |

**Amount Due**     **$446.25**

**Notes**

Please make all checks payable to "Benchmark Video"
Fed Tax I.D. #: 43-2023561 (Bradford J. Lipetz)
Balances due after 30 days are subject to a 1.5% per month service charge

**Thank you for your business!**

# COPY SERVICES


**Oakland**

# Invoice

Tax ID# 94-3196100

| Date | Invoice # |
|------|-----------|
| 5/23/2016 | 240591 |

Please remit to corporate office at:
6601 Owens Drive #115  Pleasanton, CA 94588
Tel: 925-924-0801

Our store is located at:
1970 Broadway Street #150  Oakland, CA 94612
Tel: 510-433-0550

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Bre 452-5500<br>ref: May<br><br>-print Ds discvory response |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Black & White printing: per page on 3 hole paper | 559 | 0.10 | 55.90T |
| Special 10% Off Coupon |  | -10.00% | -5.59 |
|  |  | 9.50% | 4.78 |

| Total | $55.09 |
|-------|--------|



# COPY STATION
Oakland

# Invoice

Tax ID# 94-3196100

| Date | Invoice # |
|------|-----------|
| 8/2/2016 | 241504 |

**Please remit to corporate office at:**
6601 Owens Drive #115  Pleasanton, CA 94588
Tel: 925-924-0801

**Our store is located at:**
1970 Broadway Street #150  Oakland, CA 94612
Tel: 510-433-0550

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Bre Montgomery 452-5500<br>Ref: May<br>*prints at D's lawsuit production* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Photocopying: Full service 8-1/2 X 11 | 1,486 | 0.08 | 118.88T |
| 2/3 hole drilling | 736 | 0.02 | 14.72T |
| Subtotal |  |  | 133.60 |
| Special 10% Off Coupon |  | -10.00% | -13.36 |
|  |  | 9.50% | 11.42 |

| Total | $131.66 |
|-------|---------|



# Invoice

**Tax ID# 94-3196100**

| Date | Invoice # |
|------|-----------|
| 8/3/2016 | 241527 |

**Please remit to corporate office at:**
**6601 Owens Drive #115  Pleasanton, CA 94588**
**Tel: 925-924-0801**

**Our store is located at:**
**1970 Broadway Street #150  Oakland, CA 94612**
**Tel: 510-433-0550**

| Bill To |
|---------|
| Haddad & Sherwin LLP |
| 505 Seventeenth Street |
| Oakland, CA 94612 |

| Ship To |
|---------|
| Kennedy 452-5500 |
| Ref: May    REFS! AOCS PRODUCED |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Photocopying: Full service 8-1/2 X 11 | 2,047 | 0.08 | 163.76T |
| 2/3 hole drilling | 2,047 | 0.02 | 40.94T |
| Subtotal | | | 204.70 |
| Special 10% Off Coupon | | -10.00% | -20.47 |
| | | 9.50% | 17.50 |

| **Total** | $201.73 |
|-----------|---------|



**COPY STATION** *Oakland*

CK: 12827

# Invoice

Tax ID# 94-3196100

| Date | Invoice # |
|------|-----------|
| 2/2/2017 | 243717 |

**Please remit to corporate office at:**
6601 Owens Drive #115  Pleasanton, CA 94588
Tel: 925-924-0801

**Our store is located at:**
1970 Broadway Street #150  Oakland, CA 94612
Tel: 510-433-0550

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Ref: Focus Group Screening Questions<br>May ⌃ 2/15/2017 |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
| | Net 30 | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Photocopying: Full service 8-1/2 X 11 | 150 | 0.08 | 12.00T |
| Stapling: Machine | | 0.04 | 0.04T |
| Subtotal | | | 12.04 |
| Special 10% Off Coupon | | -10.00% | -1.20 |
| | | 9.50% | 1.03 |

| **Total** | $11.87 |
|-----------|--------|



**COPY STATION** Oakland

Invoice

_ck: 12837_ (handwritten)

Tax ID# 94-3196100

**Please remit to corporate office at:**
6601 Owens Drive #115  Pleasanton, CA 94588
Tel: 925-924-0801

**Our store is located at:**
1970 Broadway Street #150  Oakland, CA 94612
Tel: 510-433-0550

| Date | Invoice # |
|------|-----------|
| 2/17/2017 | 243926 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Bre 452-5500<br>Ref: May<br><br>_– print △'s MSJ cpy_ (handwritten) |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Litigation support: light labor | 172 | 0.10 | 17.20T |
| Color copies 8-1/2 X 11 | 113 | 0.69 | 77.97T |
| Regular Stock Tabs | 26 | 0.50 | 13.00T |
| 2/3 hole drilling | 169 | 0.02 | 3.38T |
|  |  | 9.50% | 10.60 |

| Total | $122.15 |
|-------|---------|


**COPY STATION** Oakland

Ct: 12837

# Invoice

Tax ID# 94-3196100

**Please remit to corporate office at:**
6601 Owens Drive #115  Pleasanton, CA 94588
Tel: 925-924-0801

**Our store is located at:**
1970 Broadway Street #150  Oakland, CA 94612
Tel: 510-433-0550

| Date | Invoice # |
|------|-----------|
| 2/17/2017 | 243914 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Kennedy 452-5500<br>ref: May — *chambers copy of Plf's MSJ + supporting docs; copy of same for Ptfs* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Litigation support: light labor | 246 | 0.10 | 24.60T |
| Color copies 8-1/2 X 11 | 88 | 0.69 | 60.72T |
| Regular Stock Tabs | 34 | 0.50 | 17.00T |
| Custom Tabs | 6 | 0.80 | 4.80T |
| 2/3 hole drilling | 251 | 0.02 | 5.02T |
| 1" view binder | 2 | 6.99 | 13.98T |
| Subtotal | | | 126.12 |
| Special 10% Off Coupon | | -10.00% | -12.61 |
| | | 9.50% | 10.78 |

| Total | $124.29 |
|-------|---------|

 **Oakland**

# Invoice

**Tax ID# 94-3196100**

**Please remit to corporate office at:**
**6601 Owens Drive #115  Pleasanton, CA 94588**
**Tel: 925-924-0801**

**Our store is located at:**
**1970 Broadway Street #150  Oakland, CA 94612**
**Tel: 510-433-0550**

| Date | Invoice # |
|------|-----------|
| 3/3/2017 | 244109 |

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Contact: Bre<br>Ref: May<br>*print binder Chambers copy it*<br>*it's oppo. to ∆'s MSJ* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|  | Net 30 |  |  |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Litigation support: light labor | 185 | 0.10 | 18.50T |
| Color copies 8-1/2 X 11 | 96 | 0.69 | 66.24T |
| 2/3 hole drilling | 179 | 0.02 | 3.58T |
| Custom Tabs | 6 | 0.80 | 4.80T |
| Regular Stock Tabs | 32 | 0.50 | 16.00T |
| 1" View Binder | 2 | 6.99 | 13.98T |
| Subtotal |  |  | 123.10 |
| Special 10% Off |  | -10.00% | -12.31 |
|  |  | 9.25% | 10.25 |

| Total | $121.04 |
|-------|---------|


**COPY STATION** Oakland

# Invoice

Tax ID# 94-3196100

| | Date | Invoice # |
|---|---|---|
| | 4/24/2017 | 244747 |

**Please remit to corporate office at:**
**6601 Owens Drive #115  Pleasanton, CA 94588**
**Tel: 925-924-0801**

**Our store is located at:**
**1970 Broadway Street #150  Oakland, CA 94612**
**Tel: 510-433-0550**

| Bill To | Ship To |
|---|---|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Kennedy 452-5500<br>Ref:May  TRIAL EXHIBITS- ROUGH DRAFT |

| P.O. No. | Terms | Rep | Project |
|---|---|---|---|
| | Net 30 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Litigation support: light labor | 345 | 0.10 | 34.50T |
| Color copies 8-1/2 X 11 | 129 | 0.69 | 89.01T |
| Regular Stock Tabs | 53 | 0.50 | 26.50T |
| 3" view binder | 1 | 12.99 | 12.99T |
| 2/3 hole drilling | 527 | 0.02 | 10.54T |
| Subtotal | | | 173.54 |
| Special 10% Off Coupon | | -10.00% | -17.35 |
| | | 9.25% | 14.45 |

| Total | $170.64 |
|---|---|



# Invoice

**COPY STATION** Oakland

Tax ID# 94-3196100

**Please remit to corporate office at:**
**6601 Owens Drive #115  Pleasanton, CA 94588**
**Tel: 925-924-0801**

**Our store is located at:**
**1970 Broadway Street #150  Oakland, CA 94612**
**Tel: 510-433-0550**

| Date | Invoice # |
| --- | --- |
| 5/1/2017 | 244842 |

| Bill To | Ship To |
| --- | --- |
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Bre 452-5500<br>Ref: May<br><br>*Pretrial filings printed - Chambers copies + over* |

| P.O. No. | Terms | Rep | Project |
| --- | --- | --- | --- |
| | Net 30 | | |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Litigation support: light labor | 741 | 0.10 | 74.10T |
| Color copies 8-1/2 X 11 | 495 | 0.69 | 341.55T |
| Custom Tabs | 51 | 0.80 | 40.80T |
| Regular Stock Tabs | 99 | 0.50 | 49.50T |
| 2/3 hole drilling | 643 | 0.02 | 12.86T |
| Subtotal | | | 518.81 |
| Special 10% Off Coupon | | -10.00% | -51.88 |
| | | 9.25% | 43.19 |

| Total | $510.12 |
| --- | --- |



# Invoice

**Tax ID# 94-3196100**

| Date | Invoice # |
|------|-----------|
| 5/30/2017 | 245183 |

**Please remit to corporate office at:**
**6601 Owens Drive #115  Pleasanton, CA 94588**
**Tel: 925-924-0801**

**Our store is located at:**
**1970 Broadway Street #150  Oakland, CA 94612**
**Tel: 510-433-0550**

| Bill To |
|---------|
| Haddad & Sherwin LLP |
| 505 Seventeenth Street |
| Oakland, CA 94612 |

| Ship To |
|---------|
| Kennedy 452-5500 |
| ref: MAY -Punitive Damages Discovery — *PRINTING OF DOCUMENTS* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|          | Net 30 |     |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Photocopying: Full service 8-1/2 X 11 | 591 | 0.08 | 47.28T |
| 2/3 hole drilling | 591 | 0.02 | 11.82T |
| Subtotal | | | 59.10 |
| Special 10% Off Coupon | | -10.00% | -5.91 |
| | | 9.25% | 4.92 |

**Total**         $58.11

*CK: 12980*


**COPY STATION**
Oakland

# Invoice

Tax ID# 94-3196100

**Please remit to corporate office at:**
6601 Owens Drive #115 Pleasanton, CA 94588
Tel: 925-924-0801

**Our store is located at:**
1970 Broadway, Ste 150 Oakland, CA 94612
Tel: 510-444-0

| Date | Invoice # |
|------|-----------|
| 6/2/2017 | 245241 |

PAID 06/07/2017

| Bill To | Ship To |
|---------|---------|
| Haddad & Sherwin LLP<br>505 Seventeenth Street<br>Oakland, CA 94612 | Amanda 452-5500<br>Ref: May<br>*Color trial ex. 53* |

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
| | Net 30 | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Color copies 8-1/2 X 11<br>Special 10% Off Coupon | 5 | 0.69<br>-10.00%<br>9.25% | 3.45T<br>-0.35<br>0.29 |

| **Total** | $3.39 |
|-----------|-------|

# RICOH

**INVOICE**

_CE: 12970_ (handwritten)

| | |
|---|---|
| Invoice # | OAK17050001 |
| Invoice Date: | 05/02/2017 |
| Due Date: | 06/01/2017 |
| Terms: | Net 30 Days |
| Account: | 19223320 |
| Natl ID: | 10751 |

Ricoh USA, Inc. - Oakland, CA
Phone: (510) 839-6399   Fax: (510) 839-7834
Federal ID: 230334400

**BILL TO / SHIP TO:**
**HADDAD & SHERWIN**
Attn: Accounts Payable
505 17TH ST
OAKLAND, CA 94612-1585

_May trial exhibits_ (handwritten)

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| May | | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1705-0002 | 05/01/2017 | KENNEDY HELM | | | | |
| 634 | Tabs (Alpha/Numeric) | | 255.00 | 0.2500 | | 63.75 |
| 627 | Binder - D Ring 3" | | 5.00 | 18.0000 | | 90.00 |
| 730 | Prints (PDF/TIFF) | | 1,270.00 | 0.0800 | | 101.60 |
| 4010 | Prints (PDF/TIFF) in Color | | 925.00 | 0.7500 | | 693.75 |

_Valued Customer:_
_Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders._
_This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh._
_We thank you for your business and appreciate your understanding the necessity of this policy._

| | |
|---|---|
| Taxable Sales: | 949.10 |
| Sales Tax: | 87.80 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**Please Pay From This Invoice**
Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due  Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely.  Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| **PAY THIS AMOUNT** $ | **1,036.90** |

Received/Accepted by: {Print}_____   {Signature}_____   Date:_____

**Please pay from this copy.  The party named on this bill is held responsible for payment**

**Payment From:**
**HADDAD & SHERWIN**
505 17TH ST
OAKLAND, CA 94612-1585

| **Amount Enclosed** |
|---|
| $ |

**Invoice: OAK17050001**
Invoice Date: **05/02/2017**
Due Date: **06/01/2017**
Account: **19223320**
natl id: **10751**

**Please Remit To:**
**Ricoh USA, Inc.**
Western District - OAK
P O Box 31001-0850
Pasadena, CA 91110-0850

**PAY THIS AMOUNT** $ **1,036.90**

# RICOH

## INVOICE

| | |
|---|---|
| Invoice # | OAK17050048 |
| Invoice Date: | 05/25/2017 |
| Due Date: | 06/24/2017 |
| Terms: | Net 30 Days |
| Account: | 19223320 |
| Natl ID: | 10751 |

Ricoh USA, Inc. - Oakland, CA
Phone: (510) 839-6399  Fax: (510) 839-7834
Federal ID: 230334400

**BILL TO / SHIP TO:**
**HADDAD & SHERWIN**
Attn: Accounts Payable
505 17TH ST
OAKLAND, CA 94612-1585

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| May | | | House Account |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-1705-0051 | 05/25/2017 | KENNEDY HELM | | | | |
| 634 | Tabs (Alpha/Numeric) | | 51.00 | 0.2500 | | 12.75 |
| 606 | Binders - View 3" | | 1.00 | 18.0000 | | 18.00 |
| 721 | CD - Master(s) | | 2.00 | 20.0000 | | 40.00 |
| 730 | Prints (PDF/TIFF) | | 348.00 | 0.0800 | | 27.84 |
| 4010 | Prints (PDF/TIFF) in Color | | 122.00 | 0.4500 | | 54.90 |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**
Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

| | |
|---|---|
| Taxable Sales: | 153.49 |
| Sales Tax: | 14.21 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **167.70** |

Received/Accepted by: {Print} _____  {Signature} _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
**HADDAD & SHERWIN**
505 17TH ST
OAKLAND, CA 94612-1585

| Amount Enclosed |
|---|
| $ |

**Invoice: OAK17050048**
Invoice Date: **05/25/2017**
Due Date: **06/24/2017**
Account: **19223320**
natl id: **10751**

Please Remit To:
**Ricoh USA, Inc.**
Western District - OAK
P O Box 31001-0850
Pasadena, CA 91110-0850

**PAY THIS AMOUNT** $ **167.70**