1 | MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
2 | T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
3 | HADDAD & SHERWIN LLP
505 Seventeenth Street
4 | Oakland, California 94612
Telephone: (510) 452-5500
5 | Fax: (510) 452-5510
6 |
Attorneys for Plaintiff
7 | RICHARD EARL MAY, JR.

8 |

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 |

12 | RICHARD EARL MAY, JR.,      )     No. 3:16-cv-00252-LB
Individually,       )
13 |             )     Hon. Laurel Beeler
       Plaintiff,     )
14 | vs.               )     **STIPULATION AND (PROPOSED)**
              )     **ORDER RE: SETTLEMENT AND POST-**
15 | SAN MATEO COUNTY, a public entity; )     **TRIAL BRIEFING SCHEDULE**
SAN MATEO COUNTY SHERIFF'S    )
16 | DEPUTY CHRIS LAUGHLIN; DEPUTY )
ERIC MICHEL;and DOES 1 through 10, )
17 | individually, Jointly and Severally,     )
              )
18 |        Defendants.      )
              )
19 |               )

Trial Date: June 5, 2017
Time: 8:30 a.m.
Place: Courtroom C, 15th Floor, USDC

No. 3:16-cv-00252-LB: STIP.& (PROPOSED) ORDER RE: SETTLEMENT AND BRIEFING SCHEDULE

1    The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

2    1.    All of Plaintiff's compensatory damages shall be settled for $1,000,000.00 (the

3    "Settlement Amount").  Plaintiff waives payment of punitive damages.  Plaintiff agrees that

4    payment of the Settlement Amount satisfies the Partial Judgment (Dkt. No. 189)(the "Partial

5    Judgment") in full and releases Defendants from any further obligation therefrom, except for

6    Plaintiff's attorneys' fees and costs, as discussed below.  The Settlement Amount shall be paid to

7    Haddad & Sherwin LLP Client Trust Account f/b/o Richard May within thirty days of the entry of

8    the Order on this Stipulation and (Proposed) Order.

9    2.    Plaintiff's attorneys' fees and costs shall be resolved by motion before the Honorable

10   Laurel Beeler.  Plaintiff shall file his motion for reasonable attorneys' fees and costs after August

11   7, 2017, but no later than October 20, 2017.  Plaintiff shall waive payment of his reasonable

12   attorneys' fees and costs associated with preparing said motion if Defendants do not file an

13   opposition in response to said motion.

14   3.    Plaintiff's taxable costs shall be addressed with Plaintiff's bill of costs filed on June 28,

15   2017.  Plaintiff reserves the right to seek in his motion for reasonable attorneys' fees and costs,

16   and Defendants reserve the right to object to, all costs not taxed by the Clerk of the Court.

17   4.    The parties waive their post-trial motions except for Plaintiff's motion for reasonable

18   attorneys' fees and costs.  All parties waive any appeals arising out of the verdict and Partial

19   Judgment.  The parties reserve all rights to appeal the Court's Order on Plaintiff's motion for

20   reasonable attorneys' fees and costs.

21   5.    Plaintiff dismisses with prejudice, pursuant to Federal Rule of Civil Procedure 41, his state

22   law false arrest claim that has yet to be briefed for the Court's determination, and all parties waive

23   any appeals related to that claim.  Further, with respect to the state law false arrest claim only, all

24   parties shall bear their own fees and costs.

25   6.    The hearing on the parties' post-trial motions currently scheduled for August 24, 2017,

26   shall be vacated.

27

28

1    Dated: July 6, 2017                        HADDAD & SHERWIN LLP

2

3                                               /s/ *Julia Sherwin*

4                                               JULIA SHERWIN
                                                Attorneys for Plaintiff

5    Dated: July 6, 2017                        JOHN C. BEIERS
                                                SAN MATEO COUNTY COUNSEL
6

7                                               */s/ Brian Kulich\**

8                                               BRIAN KULICH
                                                Deputy County Counsel
9                                               Attorneys for Defendants

10   *Mr. Kulich provided his consent that this document be electronically filed.

11                                    (**PROPOSED) ORDER**

12        By stipulation and agreement of all parties to this action, and good cause appearing,

13   **IT IS SO ORDERED.**

14

15

16   DATED:  July 6, 2017

17                                               HON. LAUREL BEELER
                                                 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28