MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally,<br><br>Defendants. | No. 3:16-cv-00252-LB<br><br>Hon. Laurel Beeler<br><br>**STIPULATION AND (PROPOSED) ORDER RE: SETTLEMENT AND POST-TRIAL BRIEFING SCHEDULE**<br><br>Trial Date: June 5, 2017<br>Time: 8:30 a.m.<br>Place: Courtroom C, 15th Floor, USDC |

The parties, by and through their attorneys of record, hereby stipulate and agree as follows:

1. All of Plaintiff's compensatory damages shall be settled for $1,000,000.00 (the "Settlement Amount"). Plaintiff waives payment of punitive damages. Plaintiff agrees that payment of the Settlement Amount satisfies the Partial Judgment (Dkt. No. 189)(the "Partial Judgment") in full and releases Defendants from any further obligation therefrom, except for Plaintiff's attorneys' fees and costs, as discussed below. The Settlement Amount shall be paid to Haddad & Sherwin LLP Client Trust Account f/b/o Richard May within thirty days of the entry of the Order on this Stipulation and (Proposed) Order.

2. Plaintiff's attorneys' fees and costs shall be resolved by motion before the Honorable Laurel Beeler. Plaintiff shall file his motion for reasonable attorneys' fees and costs after August 7, 2017, but no later than October 20, 2017. Plaintiff shall waive payment of his reasonable attorneys' fees and costs associated with preparing said motion if Defendants do not file an opposition in response to said motion.

3. Plaintiff's taxable costs shall be addressed with Plaintiff's bill of costs filed on June 28, 2017. Plaintiff reserves the right to seek in his motion for reasonable attorneys' fees and costs, and Defendants reserve the right to object to, all costs not taxed by the Clerk of the Court.

4. The parties waive their post-trial motions except for Plaintiff's motion for reasonable attorneys' fees and costs. All parties waive any appeals arising out of the verdict and Partial Judgment. The parties reserve all rights to appeal the Court's Order on Plaintiff's motion for reasonable attorneys' fees and costs.

5. Plaintiff dismisses with prejudice, pursuant to Federal Rule of Civil Procedure 41, his state law false arrest claim that has yet to be briefed for the Court's determination, and all parties waive any appeals related to that claim. Further, with respect to the state law false arrest claim only, all parties shall bear their own fees and costs.

6. The hearing on the parties' post-trial motions currently scheduled for August 24, 2017, shall be vacated.

| | |
|---|---|
| Dated: July 6, 2017 | HADDAD & SHERWIN LLP |
| | /s/ *Julia Sherwin* |
| | JULIA SHERWIN |
| | Attorneys for Plaintiff |
| Dated: July 6, 2017 | JOHN C. BEIERS |
| | SAN MATEO COUNTY COUNSEL |
| | /s/ *Brian Kulich** |
| | BRIAN KULICH |
| | Deputy County Counsel |
| | Attorneys for Defendants |

*Mr. Kulich provided his consent that this document be electronically filed.

<u>(**PROPOSED**) ORDER</u>

By stipulation and agreement of all parties to this action, and good cause appearing,

**IT IS SO ORDERED.**

DATED:  July 6, 2017

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE