MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br><br> vs. <br><br> SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; DEPUTY ERIC MICHEL; and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> Hon. Laurel Beeler <br><br> **STIPULATION AND ~~(PROPOSED)~~ ORDER RE: SETTLEMENT** |

No. 3:16-cv-00252-LB: STIP. & ~~(PROPOSED)~~ ORDER RE: SETTLEMENT

1    **WHEREAS,** Plaintiff filed a Motion for Reasonable Attorneys' Fees and Costs (Doc. 209) ("Motion") requesting an award of $1,411,593.68, comprised of a total lodestar of $1,070,070, a fee enhancement of 1.3, and $31,441.43 in costs not yet taxed; and

**WHEREAS,** Defendants filed an opposition to Plaintiff's Motion, objecting to, *inter alia,* Plaintiff's attorneys' requested lodestar and the requested lodestar enhancement (Doc. 216); and

**WHEREAS**, prior to the due date of Plaintiff's Reply in support of the Motion, the parties engaged in settlement discussions and reached a settlement of Plaintiff's Motion without the need for further litigation; and

**WHEREAS**, the Court is being asked by Plaintiff to evaluate reasonableness of the hourly rates of the Plaintiff's attorneys and paralegals, and it is Defendants' position that the Court need not do so for the purposes of approving the parties' settlement of the Motion.

**NOW THEREFORE**, the parties, by and through their attorneys of record, hereby stipulate and agree to the following settlement of Plaintiff's pending Motion:

1.    Plaintiff's Motion shall be resolved in its entirety for a total sum of $1,150,000 ("Settlement Amount");

2.    In order to resolve the Motion, and without stipulating to the reasonableness of the hourly rates of Plaintiff's attorneys and paralegals for the purposes of a lodestar analysis, Defendants have agreed that the Settlement Amount is premised on the following hourly rates:

| **Attorney** | **Years** | **Hourly Rate** |
|---|---|---|
| Michael J. Haddad | 26 | $775 |
| Julia Sherwin | 22 | $775 |
| Maya Sorensen | 10 | $475 |
| T. Kennedy Helm | 5 | $425 |
| Richard M. Pearl | 48 | $825 |

| **Paralegal** | | |
|---|---|---|
| Amanda Spikes | | $240 |
| Bre Montgomery | | $240 |
| T. Kennedy Helm | | $240 |

3. Defendants will also pay the $16,488.15 in taxed costs already ordered (Doc. 207).

4. Based on the foregoing, Defendants shall issue funds to Plaintiff's counsel, Haddad & Sherwin LLP, in the sum total amount of $1,166,488.15, within thirty days of the Court's Order approving the settlement.

5. Promptly after payment of the settlement funds, the parties shall file a Stipulation and Order of Dismissal, dismissing this entire action with all sides to bear their own costs and attorneys' fees other than those set forth herein.

Dated: November 10, 2017          HADDAD & SHERWIN LLP


                                  /s/ *Julia Sherwin*
                                  JULIA SHERWIN
                                  Attorneys for Plaintiff

Dated: November 10, 2017          LAW OFFICES OF RICHARD M. PEARL


                                  /s/ *Richard M. Pearl*
                                  RICHARD M. PEARL
                                  Attorneys for Plaintiff


Dated: November 10, 2017          JOHN C. BEIERS
                                  SAN MATEO COUNTY COUNSEL

                                  */s/ Justin Mates**

                                  JUSTIN MATES
                                  Deputy County Counsel
                                  Attorneys for Defendants

*Mr. Mates provided his consent that this document be electronically filed.

No. 3:16-cv-00252-LB:  STIP. & (PROPOSED) ORDER RE: SETTLEMENT                    2

# (PROPOSED) ORDER

The Court, having presided over this matter and the trial of this matter, and having reviewed the parties' papers filed in connection with Plaintiff's motion for reasonable attorneys' fees and costs, including Plaintiff's declarations filed in support of his counsel's hourly rates, hereby finds the hourly rates set forth in the Stipulation to be reasonable and appropriate for the Northern District of California market, based on Plaintiff's counsel's skill, record, and experience, and hereby approves the settlement. Pursuant to the parties' settlement agreement set forth herein, Defendants shall pay $1,166,488.15 to Plaintiff's counsel within thirty days. Promptly after payment of the settlement funds, the parties shall file a Stipulation and Order of Dismissal, dismissing this entire action with all sides to bear their own costs and attorneys' fees other than those set forth herein. The pending hearing currently scheduled for November 30, 2017, on Plaintiff's Motion for Reasonable Attorneys' Fees and Costs is hereby vacated.

By stipulation and agreement of all parties to this action, and good cause appearing,

**IT IS SO ORDERED.**

DATED: "P qxgo dgt"32."4239       _____
                                  HON. LAUREL BEELER
                                  UNITED STATES MAGISTRATE JUDGE

No. 3:16-cv-00252-LB:  STIP. & (PROPOSED) ORDER RE: SETTLEMENT                      3