MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiff
RICHARD EARL MAY, JR.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EARL MAY, JR., Individually, <br><br> Plaintiff, <br> vs. <br><br> SAN MATEO COUNTY, a public entity; SAN MATEO COUNTY SHERIFF'S DEPUTY CHRIS LAUGHLIN; and DOES 1 through 10, individually, Jointly and Severally, <br><br> Defendants. | No. 3:16-cv-00252-LB <br><br> Hon. Laurel Beeler <br><br> **STIPULATION AND (~~PROPOSED~~) ORDER OF DISMISSAL** |

No. 3:16-cv-00252-LB: STIP. & (~~PROPOSED~~) ORDER OF DISMISSAL

The parties, by and through their attorneys of record, hereby stipulate and agree, pursuant to the partial judgment and settlement of this case as reflected in Docs. 189, 206, and 219, to dismiss with prejudice any and all remaining claims against all Defendants in this matter, with each side to bear their own fees and costs unless previously ordered otherwise.

Dated: December 14, 2017           HADDAD & SHERWIN LLP

                                   /s/ *Michael J. Haddad*
                                   MICHAEL J. HADDAD
                                   Attorneys for Plaintiff

Dated: December 14, 2017           JOHN C. BEIERS
                                   SAN MATEO COUNTY COUNSEL

                                   /s/ *Justin Mates**

                                   JUSTIN MATES
                                   Deputy County Counsel
                                   Attorneys for Defendants

*Mr. Mates provided his consent that this document be electronically filed.

No. 3:16-cv-00252-LB:  STIP. & (PROPOSED) ORDER OF DISMISSAL                    1

1  (~~PROPOSED~~) **ORDER**

2     By stipulation and agreement of all parties to this action, and good cause appearing,

3  **IT IS SO ORDERED.**

6  DATED: December 14, 2017                    _____
                                               HON. LAUREL BEELER
7                                              UNITED STATES MAGISTRATE JUDGE

No. 3:16-cv-00252-LB:  STIP. & (~~PROPOSED~~) ORDER OF DISMISSAL                              2